Curriculum Vitae

**TABLE OF CONTENTS**

Basic Information:………………………………………………………………………1

Education:……………………………………………………………………………..2

Professional Positions: ……………………………………………………………….2

Honors And Awards: …………………………..………………………………………2

Books: …………………………………..………………………………………………3

Videos: …………………………………..……………………………………...………3

**BASIC INFORMATION**

| | |
|---|---|
| **NAME**: | Burton Richardson |
| **OFFICE**: | Box 1252 |
| | Kailua, Hawaii 96734 |
| **VOICE**: | 808-220-3243 |
| **E-MAIL**: | burton@jkdunlimited.com |
| **CITIZENSHIP**: | United States |
| **MARITAL STATUS**: | Married, 1 child |
| **LANGUAGES**: | French (Fluent) |
| | Italian (Fluent) |
| | Spanish (Usable) |
| | Portuguese (Usable) |
| | Tagalog (Usable) |

**EDUCATION:**

        1977-1980 Carson High School

        Carson, California

        1980-1984 University of Southern California

        Los Angeles, California

        1980-1992 Inosanto Academy of Martial Arts

        Marina Del Rey, California

**PROFESSIONAL POSITIONS**

Instructor (1987-1992)

    Inosanto Academy of Martial Arts, Marina Del Rey, California

President (1992-Present)

    Jeet Kune Do Unlimited, Los Angeles, California/Honolulu, Hawaii

**HONORS AND AWARDS:**

Science Award (1980) Carson High School

Ephebian Society President (1980) Carson High School

Most Likely To Succeed (1980) Carson High School

Harbor Collegium Fellow (1980) Harbor UCLA Medical Center

Inside Kung Fu Magazine Hall Of Fame (1999)

Inducted into the Black Belt magazine (#1 martial arts magazine in the world) Hall Of Fame (2015)

Black Belt magazine self-defense instructor of the year (2015)

Has been on the cover of 10 magazines:
Black Belt
Inside Kung Fu
Masters and Styles
Secrets of the Masters
Inside Martial Arts
Budo International (Europe)
Combate (Mexico)
Hiden Budo (Japan)
Martial Arts Hawaii
Visu (France)

**BOOKS:**

JKD Unlimited - Unique Publications (1993)
In The Footsteps Of Bruce Lee – Budo international (1999)
Choke Em Out – Paladin Press (2007)
Silat For The Street – Black Belt publications (2016)

**VIDEOS:**

Jeet Kune Do For Japan (1987)

JKD Unlimited 3-video series (1988)

Defining Jeet Kune Do 6-video series (1990)

Science Of The Fight 6-video series (2001)

Choke Em Out 2-video series (2001)

MMA For The Street 5-video series (2005)

Battlefield Kali Stick 8-video series (2010)

Battlefield Kali Knife 8-video series (2012)

Battlefield Kali Sword 4-video series (2014)

Silat For The Street 8-video series (2015)