CV 19-00183 ACK-RLP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Apr 10, 2019
At __4__ oclock and __15__ min __PM__

[✔]   ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[ ]   ORDER SETTING STATUS CONFERENCE

for **Wednesday, June 05, 2019** at 9:00 a.m. before:

[ ]   Magistrate Judge Rom Trader in Courtroom 7

[✔]   Magistrate Judge Richard L. Puglisi in Chambers

[ ]   Magistrate Judge Kenneth J. Mansfield in Courtroom 6

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Wednesday, April 10, 2019.

　　　　　　　　　　　　　　　　　　　　　/s/ J. Michael Seabright
　　　　　　　　　　　　　　　　　　　　　Chief, U.S. District Judge


I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date_____April 10, 2019_____   Signature _____
　　　　　　　　　　　　　　　　　　Atty ( ) Secy ( ) Messenger ( )


**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.   PLEASE DO NOT REMOVE.**