IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER, ET AL., | ) CIVIL NO. 19-000183 ACK-RLP |
| | ) |
| Plaintiffs, | ) ORDER GRANTING THE AMENDED |
| | ) APPLICATION OF STEPHEN D. |
| vs. | ) STAMBOULIEH TO APPEAR PRO HAC |
| | ) VICE |
| CLARE E. CONNERS, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER GRANTING THE AMENDED APPLICATION OF
STEPHEN D. STAMBOULIEH TO APPEAR PRO HAC VICE

The Court having reviewed the Amended Application of Stephen D. Stamboulieh to Appear Pro Hac Vice and the Declaration of Counsel in support thereof, and good cause appearing, IT IS ORDERED that said Application is GRANTED.  Stephen D. Stamboulieh is permitted to appear pro hac vice for Plaintiffs and participate in this action subject to the conditions of Rule 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, APRIL 15, 2019.

_____
Richard L. Puglisi
United States Magistrate Judge