AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00183 ACK-RLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Al Cummings, State Sheriff Division Administrator, Department of Public Safety, Sheriffs Division

was received by me on *(date)* 04/12/19

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served Al Cummings, State Sheriff Division Administrator, Department of Public Safety, Sheriffs Division c/o Jennifer Durkin (T/A Staff Supervisor) on 04/15/19 at 11:45 AM at 1177 Alakea St., Rm. 418, Honolulu, Hawaii 96813

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 04/15/19

*Server's signature*

Job Tomas - Civil Process Server
*Printed name and title*

550 Halekauwila St., #302
Honolulu, Hawaii 96813
*Server's address*

Additional information regarding attempted service, etc:

HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

ANDREW TETER and JAMES GRELL )
)
*Plaintiff* )
)
v. )  Civil Action No. 1:19-cv-00183 ACK-RLP
)
CLARE E. CONNORS, in her official capacity as )
Attorney General of the State of Hawaii, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Al Cummings, State Sheriff Division Administrator
Department of Public Safety, Sheriff's Division
1177 Alakea Street, Room #418
Honolulu, HI 96813


X Jennifer Durkin
JENNIFER DURKIN
T/A STAFF SUPERVISOR

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alan A. Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
619-905-9105
Hawaii Bar No. 9145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA, CLERK
*CLERK OF COURT*

Date: April 10, 2019

/S/ SUE BEITIA, CLERK by EA, Deputy Clerk

*Signature of Clerk or Deputy Clerk*