Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL ) )  ) Plaintiffs, ) ) v. ) ) ) CLARE E. CONNORS, in her ) Official Capacity as the Attorney ) General of the State of Hawaii and AL) CUMMINGS in his Official Capacity ) as the State Sheriff Division ) Administrator ) ) Defendants. ) _____) | Civil No. 1:19-cv-00183 ACK- RLP REPORT OF THE PARTIES' PLANNING MEETING PURSUANT TO FED. R. CIV. P. RULE 26(f); CERTIFICATE OF SERVICE  SCHEDULING CONFERENCE: DATE: June 5, 2019 TIME: 9:00 AM JUDGE: Hon. Richard L. Puglisi |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on all counsel of record.

Dated: May 13, 2019.

*/s/ Alan Alexander Beck*
Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
**Admitted Pro Hac Vice*

Attorneys for Plaintiffs
ANDREW TETER AND JAMES GRELL