Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 1:19-cv-00183 ACK- RLP |
| v. ) | |
| ) | PLAINTIFFS' SCHEDULING |
| CLARE E. CONNORS, in her ) | CONFERENCE STATEMENT; and |
| Official Capacity as the Attorney ) | CERTIFICATE OF SERVICE |
| General of the State of Hawaii and AL) | |
| CUMMINGS in his Official Capacity ) | SCHEDULING CONFERENCE: |
| as the State Sheriff Division ) | DATE: June 5, 2019 |
| Administrator ) | TIME: 9:00 AM |
| ) | JUDGE: Hon. Richard L. Puglisi |
| Defendants. ) | |
| _____) | |

1

## PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT

COMES NOW, Plaintiffs, by and through their attorneys, Alan Alexander Beck and Stephen D. Stamboulieh, and hereby submits PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT pursuant to Rule 16.2 of the Rules of the United States District Court for the District of Hawaii and Order dated April 10, 2019.

I.   **Statement of the Case**.

This is a facial and as applied challenge to Hawaii's ban on the possession of balisong knives (butterfly knives).  Plaintiff alleges, *inter alia*, that Defendant cannot ban balisong knives (butterfly knives) as they are protected by the Second Amendment.

II.  **Statement of Jurisdiction**.

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1343, 2201, 2202 and 42 U.S.C. § 1983 and § 1988.  Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391.

III. **Jury Trial.**

Plaintiffs have not made a demand for a jury trial.

Defendants have been served.  Defendants Clare E. Connors, in her official capacity as the Attorney General of the State of Hawaii and Al Cummings,

in his official capacity as the State Sheriff Division Administrator have not yet answered or otherwise responded.

## IV.   <u>Disclosures.</u>

The parties have agreed that the Initial Disclosures required by Rule 26(a) of the Federal Rules of Civil Procedure will be due on or before sixty (60) days after completion of the Scheduling Conference.

## V.   <u>Discovery and Pending Motions.</u>

The parties have not yet begun discovery in this matter. There are no pending motions.

## VI.   <u>Special Procedures.</u>

Plaintiffs do not anticipate any special procedures at this time.

Prospects for settlement are low at this time.

Plaintiffs would be amenable to a settlement conference should the remaining Defendants request one.

## VII.   <u>Related Cases.</u>

Plaintiffs are unaware of any related cases.

## VIII.   <u>Additional Matters.</u>

Plaintiffs are unaware of any additional matters at this time.

Dated:  May 13, 2019.

Respectfully submitted,

ANDREW TETER AND JAMES GRELL

*/s/ Alan Beck*
Counsel for Plaintiffs

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*

4