Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br><br>Plaintiffs,<br><br>v.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and AL CUMMINGS in his Official Capacity as the State Sheriff Division Administrator<br><br>Defendants. | Civil No. 1:19-cv-00183 ACK- RLP<br><br>PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT; and CERTIFICATE OF SERVICE<br><br>SCHEDULING CONFERENCE:<br>DATE: June 5, 2019<br>TIME: 9:00 AM<br>JUDGE: Hon. Richard L. Puglisi |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on all counsel of record.

Dated: May 13, 2019.

>/s/ Alan Alexander Beck
> Alan Alexander Beck
> Law Office of Alan Beck
> 2692 Harcourt Drive
> San Diego, CA  92123
> (619) 905-9105
> Hawaii Bar No. 9145
> Alan.alexander.beck@gmail.com
>
> /s/ Stephen D. Stamboulieh
> Stephen D. Stamboulieh
> Stamboulieh Law, PLLC
> P.O. Box 4008
> Madison, MS  39130
> (601) 852-3440
> stephen@sdslaw.us
> MS Bar No. 102784
> *Admitted Pro Hac Vice
>
> Attorneys for Plaintiffs
> ANDREW TETER AND JAMES GRELL