IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br><br>            Plaintiffs,<br><br>v.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his Official Capacity as the State Sheriff Division Administrator,<br><br>           Defendants. | Civil No. CV19-00183-ACK-WRP<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, a copy of the foregoing document was filed and served electronically through CM/ECF on the following:

    Alan Alexander Beck
    Law Office of Alan Beck
    2692 Harcourt Drive
    San Diego, CA 92123

    Attorney for Plaintiff

    Stephen D. Stamboulieh
    Stamboulieh Law, PLLC
    P.O. Box 4008
    Madison, MS 39130

    Attorney for Plaintiff

769490_1

Dated:  Honolulu, Hawaii, May 28, 2019.

        STATE OF HAWAII

        CLARE E. CONNORS
        Attorney General of Hawaii

        /s/ Ryan M. Akamine
        CARON M. INAGAKI
        RYAN M. AKAMINE
        Deputy Attorneys General

        Attorneys for Defendants
        CLARE E. CONNORS and AL
        CUMMINGS, in their official
        capacities