# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 19-00183ACK-WRP |
| CASE NAME: | Andrew Teter, et al., v. Clare E. Connors, et al., |
| ATTYS FOR PLA: | Alan A. Beck, Esq.<br>Stephen D. Stamboulieh. Esq. |
| ATTY FOR DEFT: | Ryan M. Akamine, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | In chambers - not reported |
| DATE: | June 14, 2019 | TIME: | 9:35 a.m. 9:50 a.m. |

COURT ACTION:  EP          RULE 16 SCHEDULING CONFERENCE

Rule 16 Scheduling Conference held.  Rule 16 Scheduling Conference Order to be issued.

1. Non-jury trial on June 16, 2020 at 9:00 a.m. before ACK
2. Final Pretrial Conference on May 6, 2020 at 10:00 a.m. before WRP
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by April 29, 2020
5. File motions to Join/Add Parties/Amend Pleadings by November 15, 2019
6. File other Non-Dispositive Motions by March 18, 2020
7. File Dispositive Motions by January 15, 2020
8a. File Motions in Limine by May 26, 2020
8b. File opposition memo to a Motion in Limine by June 2, 2020
11a. Plaintiff's Expert Witness Disclosures by December 16, 2019
11b. Defendant's Expert Witness Disclosures by January 15, 2020
12. Discovery deadline April 17, 2020
13. Settlement Conference set for February 26, 2020 at 10:00 a.m. before WRP
14. Settlement Conference statements by February 19, 2020
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by May 26, 2020
24. Exchange Exhibit and Demonstrative aids by May 19, 2020
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 26, 2020
26. By June 2, 2020 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

27. The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.
28a. File Deposition Excerpt Designations by May 26, 2020
28b. File Deposition Counter Designations and Objections by June 2, 2020
29. File Trial Brief by June 2, 2020
30. File Findings of Fact & Conclusions of Law by June 2, 2020

Other Matters: None

Submitted by: Mary Feria, Courtroom Manager

CV 19-00183ACK-WRP;
Andrew Teter, et al., v. Clare E. Connors, et al., ;
Rule 16 Scheduling Conference Minutes
June 14, 2019