Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES GRELL and ANDREW TETER, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1-19-cv-183-ACK-WRP |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his Official Capacity as the State Sheriff Division Administrator, | ) PLAINTIFFS' NOTICE OF SERVICE OF INITIAL DISCLOSURES |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of Plaintiffs' Initial Disclosures was hand-delivered or mailed to

RYAN AKAMINE

Deputy Attorney General
Attorney for Clare E. Connors, in her capacity as the Attorney General of the State of Hawaii, and Al Cummings, in his Official Capacity as the State Sheriff Division Administrator

And that this Certificate of Service was filed electronically through CM/ECF.

Dated: June 14, 2019.

/s/ Alan Alexander Beck
Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

Attorneys for Plaintiffs