Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES GRELL and ANDREW TETER, <br><br> Plaintiffs, <br><br> v. <br><br> CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his Official Capacity as the State Sheriff Division Administrator, <br><br> Defendants. | Civil Action No. 1-19-cv-183-ACK-WRP <br><br> PLAINTIFFS' NOTICE OF SERVICE OF FIRST SET OF REQUEST FOR ADMISSIONS |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of Plaintiffs' First Set of Request for Admissions was hand-delivered or mailed to

RYAN AKAMINE

Deputy Attorney General
Attorney for Clare E. Connors, in her capacity as the Attorney General of the State of Hawaii, and Al Cummings, in his Official Capacity as the State Sheriff Division Administrator

And that this Certificate of Service was filed electronically through CM/ECF.

      Dated: June 14, 2019.

                                                        /s/ *Alan Alexander Beck*
                                                        Alan Alexander Beck
                                                        Law Office of Alan Beck
                                                        2692 Harcourt Drive
                                                        San Diego, CA  92123
                                                        (619) 905-9105
                                                        Hawaii Bar No. 9145
                                                        Alan.alexander.beck@gmail.com

                                                        /s/ Stephen D. Stamboulieh
                                                       Stephen D. Stamboulieh
                                                       Stambouliesh Law, PLLC
                                                       P.O. Box 4008
                                                       Madison, MS  39130
                                                       (601) 852-3440
                                                       stephen@sdslaw.us
                                                       MS Bar No. 102784
                                                       *Admitted Pro Hac Vice*

                                                        Attorneys for Plaintiffs