Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES GRELL and ANDREW TETER | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1-19-cv-183-ACK-WRP<br>) |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his Official Capacity as the State Sheriff Division Administrator, | ) PLAINTIFFS' NOTICE OF SERVICE OF<br>) REQUESTS FOR PRODUCTION OF<br>) DOCUMENTS<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of Plaintiff's Requests for Production of Documents was hand-delivered or mailed to

### RYAN AKAMINE

Deputy Attorney General
Attorney for Clare E. Connors, in her capacity as the Attorney General of the State of Hawaii, and Al Cummings, in his Official Capacity as the State Sheriff Division Administrator

And that this Certificate of Service was filed electronically through CM/ECF.

    Dated: June 14, 2019.

        /s/ Alan Alexander Beck
        Alan Alexander Beck
        Law Office of Alan Beck
        2692 Harcourt Drive
        San Diego, CA  92123
        (619) 905-9105
        Hawaii Bar No. 9145
        Alan.alexander.beck@gmail.com

        /s/ Stephen D. Stamboulieh
        Stephen D. Stamboulieh
        Stamboulieh Law, PLLC
        P.O. Box 4008
        Madison, MS  39130
        (601) 852-3440
        stephen@sdslaw.us
        MS Bar No. 102784
        *Admitted Pro Hac Vice

        Attorneys for Plaintiffs