CLARE E. CONNORS          7936
Attorney General of Hawaii

CARON M. INAGAKI          3835
RYAN M. AKAMINE           4358
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
Email:     Caron.M.Inagaki@hawaii.gov
           Ryan.M.Akamine@hawaii.gov

Attorneys for Defendants
CLARE E. CONNORS and
AL CUMMINGS, in their official capacities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br><br>            Plaintiffs,<br><br>v.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his Official Capacity as the State Sheriff Division Administrator,<br><br>            Defendants. | Civil No. CV19-00183-ACK-WRP<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANTS CLARE E. CONNORS AND AL CUMMINGS', IN THEIR OFFICIAL CAPACITIES, RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS] |

774862_1

# CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, an original + (1) copy of DEFENDANTS CLARE E. CONNORS AND AL CUMMINGS', IN THEIR OFFICIAL CAPACITIES, RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS was duly served via U.S.P.S. First-Class Mail upon the following at their last known address:

| | |
|---|---|
| Alan Alexander Beck<br>Law Office of Alan Beck<br>2692 Harcourt Drive<br>San Diego, CA 92123 | Stephen D. Stamboulieh<br>Stamboulieh Law, PLLC<br>P.O. Box 4008<br>Madison, MS 39130 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

Dated: Honolulu, Hawaii, July 29, 2019.

STATE OF HAWAII

CLARE E. CONNORS
Attorney General of Hawaii

/s/ Ryan M. Akamine
CARON M. INAGAKI
RYAN M. AKAMINE
Deputy Attorneys General

Attorneys for Defendants
CLARE E. CONNORS and
AL CUMMINGS, in their official capacities