CLARE E. CONNORS            7936
Attorney General of Hawaii

CARON M. INAGAKI           3835
RYAN M. AKAMINE            4358
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone:  (808) 586-1494
Facsimile:   (808) 586-1369
Email:         Caron.M.Inagaki@hawaii.gov
                   Ryan.M.Akamine@hawaii.gov

Attorneys for Defendants
CLARE E. CONNORS and
AL CUMMINGS, in their official capacities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANDREW TETER and JAMES GRELL, | Civil No. CV19-00183-ACK-WRP |
|---|---|
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | [RE: DEFENDANTS CLARE E. CONNORS AND AL CUMMINGS', IN THEIR OFFICIAL CAPACITIES, RULE 26 INITIAL DISCLOSURES] |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his Official Capacity as the State Sheriff Division Administrator, | |
| Defendants. | |

776181_1

## CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, an original + (1) copy of DEFENDANTS CLARE E. CONNORS AND AL CUMMINGS', IN THEIR OFFICIAL CAPACITIES, RULE 26 INITIAL DISCLOSURES was duly served via U.S.P.S. First-Class Mail upon the following at their last known address:

| | |
|---|---|
| Alan Alexander Beck<br>Law Office of Alan Beck<br>2692 Harcourt Drive<br>San Diego, CA 92123 | Stephen D. Stamboulieh<br>Stamboulieh Law, PLLC<br>P.O. Box 4008<br>Madison, MS 39130 |
| Attorney for Plaintiffs | Attorney for Plaintiff |

Dated: Honolulu, Hawaii, August 2, 2019.

STATE OF HAWAII

CLARE E. CONNORS
Attorney General of Hawaii

/s/ Ryan M. Akamine
CARON M. INAGAKI
RYAN M. AKAMINE
Deputy Attorneys General

Attorneys for Defendants
CLARE E. CONNORS and
AL CUMMINGS, in their official capacities