Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| ANDREW TETER and JAMES GRELL ) ) ) Plaintiffs, ) ) v. ) ) CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and AL CUMMINGS in his Official Capacity as the State Sheriff Division Administrator ) ) ) ) ) ) ) ) Defendants. ) _____) | Civil No. 1:19-cv-00183 ACK-WRP  CERTIFICATE OF SERVICE FOR NOTICE OF DEPOSITION |

## **CERTIFICATE OF SERVICE FOR NOTICE OF DEPOSITION TO AL CUMMINGS**

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on all counsel of record and the Notice of Deposition was sent via electronic mail and by United States Postal Service, postage prepaid, to the following counsel of record:

CARON M. INAGAKI
RYAN M. AKAMINE
Deputy Attorneys General
Department of the Attorney
   General, State of Hawaii
425 Queen Street
Honolulu, HI  96813
Email:      Caron.M.Inagaki@hawaii.gov
            Ryan.M.Akamine@hawaii.gov

Dated: September 30, 2019

/s/ Alan Alexander Beck
Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us

        MS Bar No. 102784
        *Admitted Pro Hac Vice*

        Attorneys for Plaintiffs