Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br><br>Plaintiffs,<br><br>v.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and AL CUMMINGS in his Official Capacity as the State Sheriff Division Administrator<br><br>Defendants.<br>_____ | Civil No. 1:19-cv-00183 ACK-WRP<br><br>CERTIFICATE OF SERVICE FOR NOTICE OF DEPOSITION |

## **CERTIFICATE OF SERVICE FOR NOTICE OF DEPOSITION TO CLARE E. CONNORS**

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on all counsel of record and the Notice of Deposition was sent via electronic mail and by United States Postal Service, postage prepaid, to the following counsel of record:

CARON M. INAGAKI
RYAN M. AKAMINE
Deputy Attorneys General
Department of the Attorney
   General, State of Hawaii
425 Queen Street
Honolulu, HI  96813
Email:     Caron.M.Inagaki@hawaii.gov
           Ryan.M.Akamine@hawaii.gov

Dated: September 30, 2019

/s/ Alan Alexander Beck
Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us

MS Bar No. 102784
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs