Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CLARE E. CONNORS, in her )<br>Official Capacity as the Attorney )<br>General of the State of Hawaii and AL)<br>CUMMINGS in his Official Capacity )<br>as the State Sheriff Division )<br>Administrator )<br>)<br>Defendants. )<br>_____) | Civil No. 1:19-cv-00183 ACK-WRP<br><br>CERTIFICATE OF SERVICE<br><br>TRIAL: June 16, 2020 9AM<br>JUDGE: Hon. Alan C. Kay |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date noted below, a copy of the foregoing document was filed electronically and served through CM/ECF on all counsel of record and Plaintiffs' Designation of Expert Witnesses was duly served on the Defendants by mailing a copy by United States Postal Service, postage prepaid, to the following:

>CARON M. INAGAKI
>RYAN M. AKAMINE
>Deputy Attorneys General
>Department of the Attorney
>   General, State of Hawaii
>425 Queen Street
>Honolulu, HI  96813
>Email:       Caron.M.Inagaki@hawaii.gov
>                    Ryan.M.Akamine@hawaii.gov

Dated: Madison, Mississippi, December 9, 2019.

>Respectfully submitted,
>
>*Counsel for Plaintiffs*
>
>*/s/ Stephen D. Stamboulieh*
>Stephen D. Stamboulieh
>Stamboulieh Law, PLLC
>*Admitted Pro Hac Vice*