Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

Attorneys for Plaintiffs
ANDREW TETER & JAMES GRELL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL<br><br>Plaintiffs,<br><br>v.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and AL CUMMINGS in his Official Capacity as the State Sheriff Division Administrator<br><br>Defendants.<br>_____ | Civil No. 1:19-cv-00183 ACK-WRP<br><br>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br><br><br><br>TRIAL: June 16, 2020 9AM<br>JUDGE: Hon. Alan C. Kay<br>HEARING: Not Scheduled |

## **Plaintiffs' Motion for Summary Judgment**

Plaintiffs Andrew Teter and James Grell, by and through counsel, move this Court for an order granting summary judgment in their favor on all counts as contained in Plaintiffs' Complaint.

Plaintiffs bring this Motion under Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1.  Plaintiffs base this Motion upon the attached Memorandum in Support of Motion, the Separate Concise Statement of Facts filed contemporaneously herewith (and its attached declarations and exhibits), the record, and oral argument which will be presented by counsel at the hearing.

Dated: January 14, 2020.

*/s/ Alan Alexander Beck*
Alan Alexander Beck

*/s/ Stephen D. Stambouliah*
Stephen D. Stambouliah

Attorneys for Plaintiffs