Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

Attorneys for Plaintiffs
ANDREW TETER & JAMES GRELL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL | ) Civil No. 1:19-cv-00183 ACK-WRP ) ) |
| Plaintiffs, | ) CERTIFICATE OF SERVICE ) |
| v. | ) ) TRIAL: June 16, 2020 – 9:00 AM |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and AL CUMMINGS in his Official Capacity as the State Sheriff Division Administrator | ) JUDGE: Hon. Alan C. Kay ) HEARING: Not Scheduled ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, the foregoing document was duly served on the Defendants through this Court's ECF system, which generated a notice of filing and delivered a copy of the foregoing to all counsel of record.

Dated: January 14, 2020.

    Respectfully submitted,

      *Counsel for Plaintiffs*

      */s/ Stephen D. Stamboulieh*
      Stephen D. Stamboulieh
      Stamboulieh Law, PLLC
      *\*Admitted Pro Hac Vice*