Case 1:19-cv-00183-ACK-WRP   Document 34-1   Filed 01/14/20   Page 1 of 3   PageID.189

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

Attorneys for Plaintiffs
ANDREW TETER & JAMES GRELL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL | Civil No. 1:19-cv-00183 ACK-WRP |
| Plaintiffs, | |
| v. | DECLARATION OF COUNSEL |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and AL CUMMINGS in his Official Capacity as the State Sheriff Division Administrator | TRIAL: June 16, 2020 9AM<br>JUDGE: Hon. Alan C. Kay<br>HEARING: Not Scheduled |
| Defendants. | |

## **DECLARATION OF STEPHEN D. STAMBOULIEH**

I, Stephen D. Stamboulieh, declare as follows:

1. I am an attorney with the law firm of Stamboulieh Law, PLLC, counsel for Plaintiffs in the above-captioned action. I am admitted *pro hac vice* in this matter.

2. I am authorized and competent to testify to the matters contained in this declaration, and unless otherwise indicated, I make this declaration based upon personal knowledge.

3. I am an attorney licensed to practice all state and federal courts in Mississippi; the Northern District of Texas; Washington, D.C. District Court; Second, Third, Fourth, Fifth, Sixth, Ninth & District of Columbia Circuit Courts of Appeals; United States Court of Federal Claims; Northern District of New York; and the United States Supreme Court. I am a member in good standing of all the aforementioned courts.

4. Attached hereto as Exhibit "A" is a true and accurate copy of the Declaration of Andrew Teter.

5. Attached hereto as Exhibit "B" is a true and accurate copy of the Declaration of James Grell.

6. Attached hereto as Exhibit "C" is a true and accurate copy of the Declaration of Burton Richardson.

7. Attached hereto as Exhibit "D" is a true and accurate copy of the expert report of Burton Richardson.

8. Attached hereto as Exhibit "E" is a true and accurate copy of the Deposition of Lt. Robin Nagamine.

9. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: Madison, Mississippi, January 14, 2020.

      Respectfully submitted,

        *Counsel for Plaintiff*

        <u>*/s/ Stephen D. Stamboulieh*</u>
        Stephen D. Stamboulieh
        Stamboulieh Law, PLLC
        **Admitted Pro Hac Vice**