IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

JAMES GRELL and ANDREW TETER )
)
)
)
Plaintiffs, )
) Civil Action No. _____
v. )
)
CLARE E. CONNOR, in her )
Official Capacity as the Attorney General )
of the State of Hawaii and AL CUMMINGS )
in his Official Capacity as the State Sheriff )
Division Administrator )
)
)
Defendants. )
_____)

## Declaration of James Grell

COMES NOW, James Grell, and states as follows:

1. I am an adult male resident of the State of Hawaii and reside in Honolulu County.

2. I am a citizen of the United States of America.

3. I have never been convicted of any crime which would dispossess me of my Second Amendment rights. I have never been convicted of a felony or a misdemeanor crime of domestic violence and I am not prohibited from owning firearms either at the state or federal level.

4. I have also not been deemed by any mental health professionals to have a mental illness or otherwise have mental health issues.

5. I do not use illegal drugs or abuse achohol.

6. I want to purchase, own, possess and carry an butterfly knife for self-defense both in my home and outside my home.

*Exhibit "B"*

7. Even though I am a resident of Hawaii and a lawful permanent resident of the United States of America, I may not do so because Hawaii makes the possession of butterfly knives illegal.

8. Priot to living in Hawaii, I owned a prohibited knife

9. Additionally, due to moving to Hawaii I was forced to dispose of my prohibted knife.

10. I would like to purchase this butterfly knife as a replacement for the knife I had to get rid of.

11. Because Hawaii bans these devices, I have not purchased one because I do not want to break the law and because I do not want to be prosecuted for violations of Hawaii law.

12. If Hawaii's ban were lifted I would purchase a butterfly knife.

**FURTHER, DECLARANT SAYETH NAUGHT.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2019.

_____
James Grell