IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII



COURT REPORTING
LEGAL VIDEOGRAPHY
VIDEOCONFERENCING
TRIAL PRESENTATION
MOCK JURY SERVICES
LEGAL TRANSCRIPTION
COPYING AND SCANNING
LANGUAGE INTERPRETERS

ANDREW TETER and JAMES GRELL,

    Plaintiffs,

vs.                                          CASE NO. 152-11223

CLARE E. CONNORS, in her Official
Capacity as the Attorney General
of the State of Hawaii and AL CUMMINGS,
in his Official Capacity as the State
Sheriff Division Administrator,

    Defendants.
_____





**DEPOSITION OF**

**ROBIN NAGAMINE**

**TAKEN ON
MONDAY, OCTOBER 28, 2019
12:04 P.M.**



*Exhibit "E"*

**ATTORNEY GENERAL'S OFFICE
425 QUEEN STREET
HONOLULU, HAWAII 96813**

(800) 528-3335
NAEGELIUSA.COM

**Page 2**

```
 1              APPEARANCES
 2
 3  APPEARING ON BEHALF OF PLAINTIFF:
 4  STEPHEN D. STAMBOULIEH, ESQUIRE
 5  STAMBOULIEH LAW OFFICES
 6  P.O. Box 4006
 7  Madison, MS 39130
 8  (601) 852-3440
 9  stephen@sdslaw.us
10
11  ALAN ALEXANDER BECK, ESQUIRE
12  LAW OFFICES OF ALAN BECK
13  2692 Harcourt Drive
14  San Diego, CA 92123
15  (619) 905-9105
16  alan.alexander.beck@gmail.com
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1         APPEARANCES CONTINUED
 2
 3  APPEARING ON BEHALF OF THE DEFENDANT:
 4  RYAN M. AKAMINE, ESQUIRE
 5  DEPARTMENT OF THE ATTORNEY GENERAL
 6  425 Queen Street
 7  Honolulu, HI 96813
 8  (808) 586-1494
 9  (808) 586-1239 Fax
10  ryan.m.akamine@hawaii.gov
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1              INDEX
 2                        Page
 3
 4  EXAMINATION BY MR. STAMBOULIEH    6
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
 1              EXHIBITS
 2  Exhibit                   Page
 3
 4   A    PLAINTIFFS NOTICE OF DEPOSITION   16
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

                DEPOSITION OF
                ROBIN NAGAMINE
                   TAKEN ON
            MONDAY, OCTOBER 28, 2019
                   12:04 P.M.

    THE REPORTER: Mr. Nagamine, please raise your right hand.
    ROBIN NAGAMINE, was having been duly sworn, was examined and testified as follows:
    THE REPORTER: Counsel, if you could introduce yourself and state whom you represent.
    MR. AKAMINE: Ryan Akamine for defendants, Clare Connors and Al Cummings, in their official capacities.
    MR. STAMBOULIEH: Stephen Stamboulieh for the plaintiffs, Andrew Teter and James Grell.
    MR. BECK: Alan Beck for the plaintiffs, James Grell and Andrew Teter.
    THE REPORTER: Perfect, you can begin.
    EXAMINATION
    BY MR. STAMBOULIEH:
    Q. All right. And you're Lieutenant Robin Nagamine?
    A. Yes, that's correct.

Page 7

    Q. My name is Stephen Stamboulieh. This is my co-counsel, Alan Beck. We represent the plaintiffs. Have you ever given a deposition before?
    A. Yes.
    Q. Okay. Excellent. How many have you given?
    A. About five.
    Q. Oh, nice. Okay. I'm sure everyone has their own style. I live in Mississippi, so my style might be a little bit different than what you're used to. I have just a couple of ground rules. First off, we're not going to be here very long, I don't think. Some depositions last longer than others, depending on what information you have for us, I don't expect yours to take very long at all. But just in case, I'll go over some of the ground rules.
        Anytime you need to take a break, go to the restroom, get a water, whatever you need, just let -- we're here at your convenience, so feel free whenever you need to take a break.
    A. Okay.
    Q. The only thing that I ask is that if I have a question on the table, a question presented

Page 8

to you, is that you answer it before you take your break. If, for some reason, I talk too fast or whatever, please let me know, and I'll do my best to slow down.
    If I ask a question that you don't understand, please don't answer it. I want to make sure that you understand the question that I ask. Because if we get to a trial and I have your deposition, and you've answered a question that I've asked, I'm going to assume that you understood it. And there could be an issue there. So if for any reason, you don't understand my question, please tell me to stop, that you don't understand, or rephrase, and I'll do my best to accommodate that.
    Other than that, those are pretty much the only rules. Did you have any questions about those?
    A. Oh, no, I'm fine.
    Q. Okay. Great. So can you tell me -- I heard you introduce yourself as Lieutenant earlier. What is your job duty?
    A. I'm a deputy sheriff. I'm a Lieutenant. And I'm currently in charge of the records section.
    Q. And what does that mean, the records section?
    A. It's our electronic report system,

Page 9

evidence, and the receiving desk where we book people that get arrested.
    Q. Okay. So you would be responsible for all of the electronic records for someone who was arrested and booked in the jail?
    A. The reports.
    Q. Oh, the reports.
    A. Yeah, the police reports.
    Q. So let's, hypothetically, if someone was arrested for carrying a gun illegally, in your territory, you would be responsible for filing that report or taking that report?
    A. The deputies that take the case would file the report. It would come into our servers, and I oversee the server.
    Q. I understand. And how long have you been working in that capacity over the servers?
    A. From 2017.
    Q. Okay. What did you do prior to that?
    A. I was a lieutenant of the circuit court, First Circuit Court.
    Q. Can you explain to someone that's not from here what that means?
    A. It's the First Circuit Court building, so they do all the felony cases there. The grand jury

Page 10

1  sits there. They do civil cases there. I oversaw
2  patrol section, which handled uniformed deputies in
3  the courthouse and the surrounding areas.
4     Q.  Okay.
5     A.  And also deputies in the cellblock where
6  we move custodies to go to trials and hearings,
7  motions, and whatnot.
8     Q.  And you're a sworn law enforcement
9  officer?
10    A.  Yes, I am.
11    Q.  Carry a gun?
12    A.  Yes.
13    Q.  Okay. What else would you carry,
14 typically, on a normal day?
15    A.  OC spray, a baton, radio, handcuffs, first
16 aid -- well, CPR kit.
17    Q.  Okay.
18    A.  That's about it.
19    Q.  Do you carry a Taser?
20    A.  I don't have a Taser.
21    Q.  Okay. Did you ever carry a Taser.
22    A.  No, I did not.
23    Q.  Okay. And you said that was Lieutenant of
24 the First Circuit Court?
25    A.  Yes.

Page 11

1     Q.  Now, are you familiar, generally, here
2  with the subject matter of -- let me ask you this.
3  Do you know why you're here right now?
4     A.  Yes, I do.
5     Q.  Okay. Are you familiar, generally, with
6  the subject matter of the lawsuit?
7     A.  Generally.
8     Q.  Okay. You know it's about the butterfly
9  or balisong knife ban in Hawaii?
10    A.  Yes.
11    Q.  Are you familiar with what a balisong or a
12 butterfly knife is?
13    A.  Yes.
14    Q.  And in your own words, can you tell us
15 what a butterfly or a balisong knife is?
16    A.  It's a knife with a split handle that
17 folds over the blades and can be opened by spreading
18 it around the blades.
19    Q.  Okay. Have you ever had the opportunity
20 to use a butterfly or balisong knife?
21    A.  I've handled it. I wouldn't say used it.
22 But I'm familiar with it, so I know what it is when
23 I see it.
24    Q.  Okay. I appreciate that distinction.
25 You've handled -- and I'll just say butterfly from

Page 12

1  now on. You've handled a butterfly knife?
2     A.  Yes.
3     Q.  Can you tell me about how long ago that
4  was?
5     A.  Oh, a while ago. Years. Many, many years
6  ago.
7     Q.  Okay. Do you know that Hawaii bans the
8  butterfly knife?
9     A.  Yes, I'm aware of that.
10    Q.  Are you aware of when Hawaii banned the
11 butterfly knife? And it's okay if you don't know.
12 It's fine to say, I don't know.
13    A.  It was -- well, it's the way the statutes
14 were written. It was banned under different
15 statutes over time.
16    Q.  Okay.
17    A.  But it has been banned.
18    Q.  In your use -- I'm sorry, in your -- I
19 don't want to put words in your mouth, so forgive
20 me. I'm not trying to be tricky here. When you've
21 handled the butterfly knife, tell me a little bit
22 more about that. Were you using it? Were you
23 flourishing it or twirling it? Or were you just
24 carrying it? Or what was the usage of that?
25    A.  It was when we recovered it at a scene.

Page 13

1  To verify that it's a butterfly knife, you open it
2  to make sure that it doesn't open like split
3  handles. And if it does, it does, and it's a
4  butterfly knife.
5     Q.  Okay. So this would have been after it
6  was banned?
7     A.  Yes.
8     Q.  Okay. Prior to it's banning, had you ever
9  handled a butterfly knife?
10    A.  I'm not sure what that answer -- I don't
11 know when it was originally banned.
12    Q.  Okay. That's fair enough. That's fair
13 enough. I'll represent to you, it was in 1999 and
14 2000 that the butterfly was banned. Do you have any
15 recollection, prior to '99 or 2000?
16    A.  Yes, prior to that, I think it was all
17 inclusive in the deadly weapon statute.
18    Q.  Okay. All inclusive meaning that it was
19 just understood to be banned?
20    A.  No, it was listed along with a number of
21 other items, daggers, throwing stars, brass
22 knuckles, switchblades, and butterfly knives.
23    Q.  In your current position as deputy sheriff
24 of records, do you have the occasion to see a lot of
25 reports about butterfly knife arrests or --



Page 14

1  A. I have seen them.
2  Q. Do you recall a number?
3  A. Well, I think from around the time our
4  electronic record systems, 2012, till now, it was
5  around 27, 30.
6  Q. So this is a report that you recently ran?
7  A. I just did a query to see how many
8  butterfly knife cases we've done.
9  Q. And when did you do that query?
10 A. Last week.
11 Q. These were cases where people were
12 arrested for having the butterfly --
13 A. Either arrested, or they're issued a
14 criminal citation.
15 Q. Okay. And I don't want to get too far
16 into the weeds on that, but when someone's arrested,
17 obviously they're going to confiscate the butterfly,
18 right?
19 A. Correct.
20 Q. What happens with those butterflies?
21 A. It gets put into evidence.
22 Q. Okay. From the query that you ran from
23 2012 until present, did those go to a trial? Or do
24 you even know that information?
25 A. I don't track it. Once the report is

Page 15

1  generated, it gets sent to the prosecutor's office.
2  And we don't track it after that.
3  Q. Understood. You said ti was approximately
4  27?
5  A. Yeah, around there.
6  Q. And I probably jumped too far ahead.
7  That's for just the City and County of Honolulu? Or
8  is that statewide, Hawaii statewide?
9  A. The record system is statewide, but I
10 didn't look into specific jurisdictions of each of
11 the cases.
12 Q. Okay. So that 27 encompasses the entire
13 state of Hawaii?
14 A. Yes.
15 Q. And I'm sorry if I asked that question
16 imprecisely. Please tell me if I'm asking it wrong.
17    MR. STAMBOULIEH: And just one little bit
18 of housekeeping that I forgot to do.  it's no
19 problem with you, Ryan, I'd like to just enter the
20 notices that I filed as Exhibit 1 and 2, even though
21 Lieutenant Nagamine is here for both.
22    MR. AKAMINE: Both.
23    MR. STAMBOULIEH: It would just make me
24 feel better to have them in the record, if we could
25 just mark that as collective "A," please.

Page 16

1     MR. AKAMINE: Yes.
2     THE REPORTER: Yes.
3     (Whereupon, Exhibit A was marked.)
4  Q. (By Mr. Stamboulieh) Lieutenant, have you
5  had the opportunity to review any of the documents
6  in this case?
7  A. Yes.
8  Q. Okay. Can you tell me what you've
9  reviewed?
10 A. The complaint and the subpoena to Sheriff
11 Cummings.
12 Q. Okay. Have you reviewed any of the
13 response to plaintiff's first set of requests for
14 admissions, interrogatories, or document production?
15 A. I think I've seen it, but I don't think I
16 went over it.
17 Q. Okay. Okay. Are you familiar with the
18 term switchblade?
19 A. Yes.
20 Q. Do you know what a switchblade knife is?
21 A. Yes.
22 Q. Have you ever the opportunity to handle a
23 switchblade?
24 A. Yes, I have.
25 Q. Okay. Can you tell me a little bit about

Page 17

1  what a switchblade is?
2  A. It's a knife that opens by a spring
3  mechanism for inertia. And basically, you push a
4  button and the blade pops out.
5  Q. Okay. Is it a pretty fast opening knife?
6  A. Yeah.
7  Q. Do you know if it's one of the fastest
8  opening knives?
9  A. I have no idea.
10 Q. Okay. Are you familiar with what a
11 folding knife is, just a regular folding knife?
12 A. Yes.
13 Q. And in your own words, can you tell us
14 what a folding knife is?
15 A. It's a knife where the blade folds into
16 the handle.
17 Q. Okay. Is that a particularly fast knife
18 to open?
19 A. I don't know.
20 Q. Okay. That's fine. Are you familiar with
21 what a wave folder is?
22 A. Wave folder, I am not familiar with that
23 term.
24 Q. Are you familiar with the type of knife
25 that has a -- if you don't understand the question,

Page 18

1  tell me, and I'll try to make it easier for you -- a
2  knife that when you put it into your pocket, when
3  you draw, the blade automatically comes out?
4      A.  I am not familiar with that.  I have not
5  seen it.
6      Q.  Okay.  Great.
7          MR. STAMBOULIEH:  Ryan, if it's okay with
8  you, I've got that video that Burton did that we
9  sent to you.
10         MR. AKAMINE:  Sure.
11         MR. STAMBOULIEH:  Is it okay if I show
12 that witness that?
13         MR. AKAMINE:  Yeah, go ahead.
14         MR. STAMBOULIEH:  And if you want, we can
15 just go off the record.  I've got a short video for
16 you to watch.
17         (Whereupon, a break was taken.)
18         THE REPORTER:  We're back on the record.
19     Q.  (By Mr. Stamboulieh) Lieutenant, you've
20 had the opportunity to view that video, correct?
21     A.  Yes, that's correct.
22     Q.  The person in that video, Mr. Burton
23 Richardson, do you know him?
24     A.  No, I don't.
25     Q.  Ever heard of him?

Page 19

1      A.  No.
2      Q.  Okay.  Do you have any thoughts, overall,
3  about the video that you just watched?
4      A.  No, not really.
5      Q.  Okay.  Did you see how the wave folder --
6  which we were speaking about earlier -- did you see
7  how much faster it opened than the balisong knife?
8      A.  Yes.
9      Q.  Again, you don't have any personal
10 knowledge of the wave folder?
11     A.  No.
12     Q.  Okay.  The regular folding knife, though,
13 you do know what that is?
14     A.  Yes.
15     Q.  And did you see, in that video, how much
16 faster the regular folding knife opened than the
17 butterfly knife?
18     A.  Yes.
19     Q.  In your experience or your handling of a
20 butterfly knife, could you manipulate that butterfly
21 knife faster than what you saw in the video?
22     A.  I don't know.  I've handled it, but not in
23 that manner.
24     Q.  Okay.  Have you ever seen -- and you might
25 not, and it's okay -- anyone having opened the

Page 20

1  butterfly knife faster than just a regular folding
2  knife?
3      A.  I'm not sure.  I mean, I've saw some
4  videos of -- who's that martial artist, Danny --
5  Filipino martial artist?
6          MR. AKAMINE:  Inosanto?
7      A.  Yeah, Inosanto.  I've seen videos of that,
8  and he seemed pretty impressive.
9      Q.  (By Mr. Stamboulieh) Okay.  Inosanto, can
10 you spell his --
11     A.  Dan Inosanto.
12     Q.  I-n-o-s-a-n-t-o?
13     A.  That's my closest guess.
14     Q.  Okay.  That sounds --
15     A.  He's a well known --
16         MR. BECK:  It's Burton's instructor.
17         MR. STAMBOULIEH:  Oh, gotcha.
18         MR. BECK:  It's Burton's instructor.
19         MR. AKAMINE:  Oh, is it?  Okay.  Yeah.
20 I've seen videos.
21         MR. BECK:  Yeah.
22     Q.  (By Mr. Stamboulieh) Perfect.  Are you
23 familiar what the term "bearable arm" is?
24     A.  No.
25     Q.  Okay.  You, in your normal course and

Page 21

1  duty, would carry a side arm, correct?
2      A.  Correct.
3      Q.  Okay.  Would you agree with me that that's
4  an arm that's -- that's a firearm, right?
5      A.  It's a firearm.
6      Q.  Does the term "arm," when someone says, I
7  keep and bear arms -- and I'm not getting into a
8  legal distinction with you -- but do you understand
9  generally what an arm is, like a firearm?
10     A.  I see arms as a firearm.
11     Q.  Okay.  Does that mean that you don't see
12 arms as knives, batons, other things like that?
13     A.  That would be considered -- well, I'm not
14 sure, because I'm not talking about the legal terms
15 of it.
16     Q.  Okay.
17     A.  ==But to me, if you're armed, it could be==
18 ==anything.  If it's something that can be used as a==
19 ==weapon to harm others -- it could be a stick.==
20     Q.  Right.
21     A.  It depends on its intended use.  When I
22 think of arms, I'm thinking of a gun.
23     Q.  Okay.  So if you -- did you ever do any
24 type of patrol work on the streets?
25     A.  Yes.



Page 22

1  Q.  Okay.  So if you saw me on the streets and
2  I had a little clip where you could see a knife in
3  my pocket, would you consider me armed at that
4  point, if I have just a knife in my pocket?
5  A.  If it's in your pocket?  No.
6  Q.  Okay.  Why is that?
7  A.  Because it's in your pocket.
8  Q.  Okay.
9  A.  And it depends on the circumstances that
10 I'm dealing with.
11 Q.  Okay.  That's a good point.  So what's the
12 most typical situation where you would go to talk to
13 someone and maybe see -- you know, to arrest them or
14 something like that?
15 A.  If we're going to arrest them, then we'd
16 be concerned about that.
17 Q.  Okay.  So let's pretend that you're going
18 to arrest me, and you see that I've got something in
19 my pocket that you believe is a knife.  Would you
20 consider me armed at that point?
21 A.  Yeah.
22 Q.  Okay.  And let's say that afterwards, you
23 frisk me and all you find is a knife.  Would I be
24 considered armed with a knife at that point?
25 A.  Once I take it away from you, you're not.

Page 23

1  Q.  Well, of course not, once you take it away
2  from me.  But if I was to have that knife on my
3  person, when you did your pat down or frisk or
4  whatever, you would --
5  A.  We call that a SILA, Search Incident to
6  Lawful Arrest.
7  Q.  Okay.
8  A.  And if I felt a knife, I would remove it
9  from you.
10 Q.  Okay.
11 A.  And then once I remove it from you, it's
12 no longer a danger to me.
13 Q.  So you would disarm me?
14 A.  Yes.
15 Q.  Okay.  And we're not talking about
16 firearms or anything.  Same thing, if I had like a -
17 - are you familiar with a collapsable baton, like an
18 ASP?
19 A.  Yes.
20 Q.  Okay.  If I had an ASP in my pocket, would
21 you consider that to be armed as well, if you were
22 searching incident to lawful arrest?
23 A.  Yes.
24 Q.  Okay.  Just give me one second here.
25    How long ago were you on -- was it patrol

Page 24

1  duty?
2  A.  Many years ago.  Over 25 years, maybe.
3  Q.  Okay.  So what year would that be, like --
4  '90
5  A.  I've been in the department 34 years.
6  I've moved from different various sections back and
7  forth within the department.  So I was in patrol
8  when I first graduated from the academy in 1985.
9  And then from there, I moved in and out with
10 department patrol units until I got promoted to
11 Sergeant.
12 Q.  Okay.  And this was all in Honolulu --
13 City and County of Honolulu?
14 A.  Yes.
15 Q.  Okay.  Would you agree with me that --
16 talking about just a regular knife here -- is
17 designed to be used by a single person, either for
18 self defense or to attack?
19 A.  I'm not sure I understand the question.  A
20 knife is just a tool.  You can use it to cut meat,
21 if you wanted to.
22 Q.  Okay.  Could I also use it to defend
23 myself with?
24 A.  Yeah.
25 Q.  And could I also use it to attack someone

Page 25

1  with?
2  A.  Yes, you can.
3  Q.  Okay.  And the same is true for a
4  butterfly knife, is it not?
5  A.  Yes.
6  Q.  Okay.  Do you carry -- or let me rephrase
7  that.  When you were not the lieutenant of record,
8  but when you were -- before that, did you ever carry
9  any type of knife as part of your duty belt or kit
10 that you carried?
11 A.  No.
12 Q.  Ever -- even on patrol, never carried a
13 knife?
14 A.  No.
15 Q.  Do you know if other law enforcement in
16 this City and County of Honolulu carry any type of
17 either fixed blade or folding blade knife?
18 A.  Some do.
19 Q.  Okay.  Do you know, typically, what those
20 officers carry?  And if you to don't know, it's
21 okay?
22 A.  I really don't know, but I know some do.
23 Usually it's just a folding knife.
24 Q.  Okay.  Do you have any knowledge --
25 personal knowledge of why they would carry that?



26

1   A.   I haven't had a discussion with anybody.
2   Q.   Okay.  That's fair.  Are you familiar with
3   the history of the balisong knife?
4   A.   Generally.
5   Q.   Okay.  What's your general understanding
6   of the history?
7   A.   It was created in the Philippines.
8   Q.   Okay.
9   A.   And it's a very popular knife over there.
10  Q.   Okay.  Is there like a cultural reason for
11  that, do you know?
12  A.   I don't know.
13  Q.   Okay.  So your understanding is it was
14  created by the Filipinos?
15  A.   In the Philippines, yes.
16  Q.   In the Philippines, I'm sorry.  Is there a
17  large Filipino population in Hawaii?
18  A.   Fairly.
19  Q.   Do you know percentage wise?
20  A.   I would have no idea.
21  Q.   Okay.  I just have one -- I say one last,
22  but it's never one last -- just a couple more
23  questions.  If you, being a police officer, saw me -
24  - well, let me ask you this. Are you familiar with
25  the gun laws in Hawaii?

27

1   A.   Yes.
2   Q.   Okay.  I'm from out of state, right?  I'm
3   from Mississippi.  I live in Mississippi.  I'm not
4   from here.  I couldn't carry a gun around Hawaii and
5   walk around, correct?
6   A.   Not unless you have a permit from the
7   chief of police.
8   Q.   Okay.  Let's assume I don't have a permit,
9   because I don't.  I'm walking down the street and I
10  have a gun on my hip.  You, as a police officer,
11  would that make you uncomfortable?
12  A.   Yeah, you're violating the law.
13  Q.   Okay.  Let's take this -- you see me
14  walking down the street, and you see a little clip
15  from the knife.  It's a regular folding knife in my
16  pocket.  Would that make you as nervous as if you
17  saw me with a gun on my hip?
18  A.   No.
19  Q.   Okay.  Would you agree with me that a
20  knife is less dangerous than a handgun?
21  A.   Yes.
22  Q.   Okay.
23       MR. STAMBOULIEH:  I think that's it.  Do
24  you have any other questions?
25       MR. BECK:  I don't.  Thank you.

28

1        MR. STAMBOULIEH:  I don't have any follow
2   up -- mo further questions.  So we're good.
3        THE REPORTER:  Mr. Stamboulieh?
4        MR. STAMBOULIEH:  Stamboulieh, close
5   enough.
6        MR. BECK:  I've worked with him for five
7   years. I've never once seen a person get it right on
8   the first try.
9        MR. STAMBOULIEH:  And if you did get it
10  right, I would correct you and I would say it
11  differently.  I did it during law school.  It was
12  funny to me only.
13       THE REPORTER:  Are you wanting the
14  original of this transcript?
15       MR. STAMBOULIEH:  Did he want to read and
16  sign?
17       MR. AKAMINE:  Yes.  Why don't you send it
18  over to me?
19       MR. STAMBOULIEH:  Yeah, send me the bill.
20       THE REPORTER:  Okay.  Perfect.  Were you
21  wanting a copy, anything like that?
22       MR. STAMBOULIEH:  Can I have an etran?
23       THE REPORTER:  Yes.
24       (Whereupon, the deposition was concluded
25  at 12:26 p.m.)

29

1            CERTIFICATE
2
3        I, Melissa Murray, do hereby certify that I reported
4   all proceedings adduced in the foregoing matter and that
5   the foregoing transcript pages constitutes a full, true,
6   and accurate record of said proceedings to the best of
7   my ability.
8
9        I further certify that I am neither related to
10  counsel or any part to the proceedings nor have any
11  interest in the outcome of the proceedings.
12
13       IN WITNESS HEREOF, I have hereunto set my hand this
14  18th day of November, 2019.
15
16
17
18
19
20  /S/  Melissa Murray
21
22
23
24
25

30

1  Date:    November 18, 2019    Assignment #: 32180-1
2  Attorney: Ryan Akamine, Esquire
3  Deponent: Robin Nagamine
4  Case:    Teter & Grell vs. Connors & Cummings
5
6  ATTORNEY - NO TRANSCRIPT ORDERED:  Signature of your
7  client is required.  It will be necessary for you to call
8  our offices and arrange for an appointment for your client
9  to come in to read and sign their transcript.
10
11
12
13
14
15
16
17
18
19
20
21
22  CC:  Naegeli Deposition & Trial
23       Stephen Stamboulieh, Esquire
24
25

31

1          CORRECTION SHEET
2  Deposition of: Robin Nagamine     Date: 10/28/19
3  Regarding:    Teter & Grell vs. Connors & Cummings
4  Reporter:    Murray/Fiedler
5  _____
6  Please make all corrections, changes or clarifications
7  to your testimony on this sheet, showing page and line
8  number.  If there are no changes, write "none" across
9  the page. Sign this sheet on the line provided.
10 Page   Line   Reason for Change
11 _____  _____  _____
12 _____  _____  _____
13 _____  _____  _____
14 _____  _____  _____
15 _____  _____  _____
16 _____  _____  _____
17 _____  _____  _____
18 _____  _____  _____
19 _____  _____  _____
20 _____  _____  _____
21 _____  _____  _____
22 _____  _____  _____
23 _____  _____  _____
24         Signature_____
25              Robin Nagamine

32

1            DECLARATION
2  Deposition of: Robin Nagamine     Date: 10/28/19
3  Regarding:    Teter & Grell vs. Connors & Cummings
4  Reporter:    Murray/Fiedler
5  _____
6
7  I declare under penalty of perjury the following to
8  be true:
9
10 I have read my deposition and the same is true and
11 accurate save and except for any corrections as made
12 by me on the Correction Page herein.
13
14 Signed at _____, _____
15 on the _____ day of _____, 2019.
16
17
18
19
20
21
22
23
24         Signature_____
25              Robin Nagamine

### 1

**1** 15:20
**12:04** 6:5
**12:26** 28:25
**1985** 24:8
**1999** 13:13

### 2

**2** 15:20
**2000** 13:14 13:15
**2012** 14:4 14:23
**2017** 9:18
**2019** 6:4
**25** 24:2
**27** 14:5 15:4 15:12
**28** 6:4

### 3

**30** 14:5
**34** 24:5

### 9

**90** 24:4
**99** 13:15

### A

**academy** 24:8
**accommodate** 8:14
**admissions** 16:14
**afterwards** 22:22
**ago** 12:3 12:5 12:6 23:25 24:2
**ahead** 15:6 18:13
**aid** 10:16
**Akamine** 6:13 6:13 15:22 16:1 18:10 18:13 20:6 20:19 28:17
**Al** 6:14
**Alan** 6:18 7:2
**am** 10:10 17:22 18:4
**Andrew** 6:17 6:19
**answer** 8:1 8:6 13:10
**answered** 8:9
**anybody** 26:1
**anyone** 19:25
**anything** 21:18 23:16 28:21
**Anytime** 7:19
**appreciate** 11:24
**approximately** 15:3
**areas** 10:3
**arm** 20:23 21:1 21:4 21:6 21:9
**armed** 21:17 22:3 22:20 22:24 23:21
**arms** 21:7 21:10 21:12 21:22
**arrest** 22:13 22:15 22:18 23:6 23:22
**arrested** 9:2 9:5 9:10 14:12 14:13 14:16
**arrests** 13:25
**artist** 20:4 20:5
**ASP** 23:18 23:20
**assume** 8:10 27:8
**attack** 24:18 24:25
**automatically** 18:3
**aware** 12:9 12:10
**away** 22:25 23:1

### B

**balisong** 11:9 11:11 11:15 11:20 19:7 26:3
**ban** 11:9
**banned** 12:10 12:14 12:17 13:6 13:11 13:14 13:19
**banning** 13:8
**bans** 12:7
**basically** 17:3
**baton** 10:15 23:17
**batons** 21:12
**bear** 21:7
**bearable** 20:23
**Beck** 6:18 6:18 7:2 20:16 20:18 20:21 27:25 28:6
**begin** 6:20
**believe** 22:19
**belt** 25:9
**best** 8:3 8:14
**better** 15:24
**bill** 28:19
**bit** 7:11 12:21 15:17 16:25
**blade** 17:4 17:15 18:3 25:17 25:17
**blades** 11:17 11:18

book 9:1
booked 9:5
brass 13:21
break 7:19
  7:22 8:2
  18:17
building 9:24
Burton 18:8
  18:22
Burton's
  20:16 20:18
butterflies
  14:20
butterfly
  11:8
  11:12 11:15
  11:20 11:25
  12:1 12:8
  12:11 12:21
  13:1 13:4
  13:9
  13:14 13:22
  13:25
  14:8
  14:12 14:17
  19:17 19:20
  19:20
  20:1 25:4
button 17:4

C
capacities
  6:15
capacity 9:17
carried 25:10
  25:12
carry 10:11
  10:13 10:19
  10:21
  21:1 25:6
  25:8
  25:16 25:20
  25:25 27:4
carrying 9:10
  12:24
case 7:17
  9:13 16:6
cases 9:25
  10:1 14:8
  14:11 15:11
cellblock
  10:5
charge 8:22
chief 27:7
circuit
  9:20 9:21
  9:24 10:24
circumstances
  22:9
citation
  14:14
City 15:7
  24:13 25:16
civil 10:1
Clare 6:14
clip 22:2
  27:14
close 28:4
closest 20:13
co-counsel
  7:2
collapsable
  23:17
collective
  15:25
comes 18:3
complaint
  16:10
concerned
  22:16
concluded
  28:24
confiscate
  14:17
Connors 6:14
consider 22:3
  22:20 23:21
considered
  21:13 22:24
convenience
  7:21
copy 28:21
correct
  6:25
  14:19 18:20
  18:21
  21:1 21:2
  27:5 28:10
Counsel 6:11
County 15:7
  24:13 25:16
couple 7:12
  26:22
course
  20:25 23:1
court 9:20
  9:21 9:24
  10:24
courthouse
  10:3
CPR 10:16
created
  26:7 26:14
criminal
  14:14
cultural
  26:10
Cummings 6:14
  16:11
current 13:23
currently
  8:22
custodies
  10:6
cut 24:20

D
daggers 13:21
Dan 20:11
danger 23:12
dangerous
  27:20
Danny 20:4
day 10:14
deadly 13:17
dealing 22:10
defend 24:22
defendants
  6:13
defense 24:18
department
  24:5 24:7
  24:10
depending
  7:15

depends 21:21
  22:9
deposition
  6:1 7:3 8:9
  28:24
depositions
  7:14
deputies 9:13
  10:2 10:5
deputy 8:21
  13:23
designed
  24:17
desk 9:1
different
  7:11
  12:14 24:6
differently
  28:11
disarm 23:13
discussion
  26:1
distinction
  11:24 21:8
document
  16:14
documents
  16:5
done 14:8
draw 18:3
duly 6:9
during 28:11
duty 8:20
  21:1 24:1
  25:9

———— E ————
earlier
  8:19 19:6
easier 18:1
either
  14:13 24:17
  25:17
electronic
  8:25 9:4
  14:4
else 10:13
encompasses
  15:12
enforcement
  10:8 25:15
enter 15:19
entire 15:12
etran 28:22
everyone 7:9
evidence
  9:1 14:21
EXAMINATION
  6:21
examined 6:10
Excellent 7:6
Exhibit 15:20
  16:3
expect 7:16
experience
  19:19
explain 9:22

———— F ————
fair 13:12
  13:12 26:2

Fairly 26:18
familiar 11:1
  11:5
  11:11 11:22
  16:17 17:10
  17:20 17:22
  17:24
  18:4
  20:23 23:17
  26:2 26:24
fast 8:2 17:5
  17:17
faster 19:7
  19:16 19:21
  20:1
fastest 17:7
feel 7:21
  15:24
felony 9:25
felt 23:8
file 9:13
filed 15:20
filing 9:11
Filipino 20:5
  26:17
Filipinos
  26:14
fine 8:17
  12:12 17:20
firearm
  21:4 21:5
  21:9 21:10
firearms
  23:16
first 7:13
  9:21 9:24
  10:15 10:24

  16:13
  24:8 28:8
five 7:8 28:6
fixed 25:17
flourishing
  12:23
folder
  17:21 17:22
  19:5 19:10
folding 17:11
  17:11 17:14
  19:12 19:16
  20:1
  25:17 25:23
  27:15
folds 11:17
  17:15
forgive 12:19
forgot 15:18
forth 24:7
free 7:21
frisk 22:23
  23:3
funny 28:12

———— G ————
general 26:5
generally
  11:1 11:5
  11:7 21:9
  26:4
generated
  15:1
gets 14:21
  15:1
getting 21:7

given 7:3 7:7
gotcha 20:17
graduated 24:8
grand 9:25
Great 8:18 18:6
Grell 6:17 6:19
ground 7:12 7:17
guess 20:13
gun 9:10 10:11 21:22 26:25 27:4 27:10 27:17

### H
hand 6:8
handcuffs 10:15
handgun 27:20
handle 11:16 16:22 17:16
handled 10:2 11:21 11:25 12:1 12:21 13:9 19:22
handles 13:3
handling 19:19
happens 14:20
harm 21:19

haven't 26:1
having 6:9 14:12 19:25
Hawaii 11:9 12:7 12:10 15:8 15:13 26:17 26:25 27:4
heard 8:19 18:25
hearings 10:6
He's 20:15
hip 27:10 27:17
history 26:3 26:6
Honolulu 15:7 24:12 24:13 25:16
housekeeping 15:18
hypothetically 9:9

### I
I'd 15:19
idea 17:9 26:20
I'll 7:17 8:3 8:14 11:25 13:13 18:1
illegally 9:10
I'm 7:9 8:10 8:17 8:21 8:21 8:22 11:22 12:9 12:18 12:20 13:10 15:15 15:16 20:3 21:7 21:13 21:14 21:22 22:10 24:19 26:16 27:2 27:2 27:3 27:9
imprecisely 15:16
impressive 20:8
incident 23:5 23:22
inclusive 13:17 13:18
inertia 17:3
information 7:15 14:24
Inosanto 20:6 20:7 20:9 20:11
I-n-o-s-a-n-t-o 20:12
instructor 20:16 20:18
intended 21:21
interrogatories 16:14
introduce 6:12 8:19
issue 8:11

issued 14:13
items 13:21
I've 8:9 11:21 16:15 18:8 18:15 19:22 20:3 20:7 20:20 22:18 24:5 24:6 28:6 28:7

### J
jail 9:5
James 6:17 6:19
job 8:20
jumped 15:6
jurisdictions 15:10
jury 9:25

### K
kit 10:16 25:9
knife 11:9 11:12 11:15 11:16 11:20 12:1 12:8 12:11 12:21 13:1 13:4 13:9 13:25 14:8 16:20 17:2 17:5 17:11 17:11 17:14 17:15 17:17 17:24 18:2 19:7

19:12 19:16
19:17 19:20
19:21
20:1 20:2
22:2 22:4
22:19 22:23
22:24
23:2 23:8
24:16 24:20
25:4 25:9
25:13 25:17
25:23
26:3 26:9
27:15 27:15
27:20
**knives**
  13:22
  17:8 21:12
**knowledge**
  19:10 25:24
  25:25
**known** 20:15
**knuckles**
  13:22

───────
L
**large** 26:17
**last** 7:14
  14:10 26:21
  26:22
**law** 10:8
  25:15 27:12
  28:11
**lawful** 23:6
  23:22
**laws** 26:25
**lawsuit** 11:6
**legal** 21:8
  21:14

**less** 27:20
**let's** 9:9
  22:17 22:22
  27:8 27:13
**lieutenant**
  6:23 8:19
  8:21 9:20
  10:23 15:21
  16:4
  18:19 25:7
**listed** 13:20
**little** 7:11
  12:21 15:17
  16:25
  22:2 27:14
**live** 7:10
  27:3
**long** 7:13
  7:16 9:16
  12:3 23:25
**longer** 7:14
  23:12
**lot** 13:24

───────
M
**manipulate**
  19:20
**manner** 19:23
**mark** 15:25
**marked** 16:3
**martial**
  20:4 20:5
**matter** 11:2
  11:6
**maybe** 22:13
  24:2
**mean** 8:23

  20:3 21:11
**meaning** 13:18
**means** 9:23
**meat** 24:20
**mechanism**
  17:3
**Mississippi**
  7:10 27:3
  27:3
**mo** 28:2
**MONDAY** 6:4
**motions** 10:7
**mouth** 12:19
**move** 10:6
**moved** 24:6
  24:9
**myself** 24:23

───────
N
**Nagamine**
  6:2 6:7 6:9
  6:24 15:21
**nervous** 27:16
**nice** 7:9
**normal**
  10:14 20:25
**notices** 15:20

───────
O
**obviously**
  14:17
**OC** 10:15
**occasion**
  13:24
**OCTOBER** 6:4

**office** 15:1
**officer**
  10:9
  26:23 27:10
**officers**
  25:20
**official** 6:14
**Oh** 7:9 8:17
  9:7 12:5
  20:17 20:19
**okay** 7:6
  7:9 7:23
  8:18 9:3
  9:19 10:4
  10:13 10:17
  10:21 10:23
  11:5 11:8
  11:19 11:24
  12:7
  12:11 12:16
  13:5 13:8
  13:12 13:18
  14:15 14:22
  15:12
  16:8
  16:12 16:17
  16:17 16:25
  17:5
  17:10 17:17
  17:20
  18:6 18:7
  18:11
  19:2 19:5
  19:12 19:24
  19:25
  20:9
  20:14 20:19
  20:25
  21:3
  21:11 21:16
  21:23

| | | | |
|---|---|---|---|
| 22:1 22:6 22:8 22:11 22:17 22:22 23:7 23:10 23:15 23:20 23:24 24:3 24:12 24:15 24:22 25:3 25:6 25:19 25:21 25:24 26:2 26:5 26:8 26:10 26:13 26:21 27:2 27:8 27:13 27:19 27:22 28:20 **open** 13:1 13:2 17:18 **opened** 11:17 19:7 19:16 19:25 **opening** 17:5 17:8 **opens** 17:2 **opportunity** 11:19 16:5 16:22 18:20 **original** 28:14 **originally** 13:11 **others** 7:15 21:19 | **overall** 19:2 **oversaw** 10:1 **oversee** 9:15 --- P --- **p.m** 6:5 28:25 **particularly** 17:17 **pat** 23:3 **patrol** 10:2 21:24 23:25 24:7 24:10 25:12 **people** 9:2 14:11 **percentage** 26:19 **Perfect** 6:20 20:22 28:20 **permit** 27:6 27:8 **person** 18:22 23:3 24:17 28:7 **personal** 19:9 25:25 **Philippines** 26:7 26:15 26:16 **plaintiffs** 6:17 6:18 7:3 **plaintiff's** 16:13 **please** 6:7 | 8:3 8:6 8:12 15:16 15:25 **pocket** 18:2 22:3 22:4 22:5 22:7 22:19 23:20 27:16 **point** 22:4 22:11 22:20 22:24 **police** 9:8 26:23 27:7 27:10 **pops** 17:4 **popular** 26:9 **population** 26:17 **position** 13:23 **present** 14:23 **presented** 7:25 **pretend** 22:17 **pretty** 8:15 17:5 20:8 **prior** 9:19 13:8 13:15 13:16 **probably** 15:6 **problem** 15:19 **production** 16:14 **promoted** 24:10 **prosecutor's** | 15:1 **push** 17:3 --- Q --- **query** 14:7 14:9 14:22 **question** 7:25 7:25 8:5 8:7 8:9 8:12 15:15 17:25 24:19 **questions** 8:16 26:23 27:24 28:2 --- R --- **radio** 10:15 **raise** 6:7 **ran** 14:6 14:22 **really** 19:4 25:22 **reason** 8:2 8:12 26:10 **recall** 14:2 **receiving** 9:1 **recently** 14:6 **recollection** 13:15 **record** 14:4 15:9 15:24 18:15 18:18 25:7 **records** 8:22 8:23 |

9:4  13:24
**recovered**
  12:25
**regular** 17:11
  19:12  19:16
  20:1
  24:16  27:15
**remove** 23:8
  23:11
**rephrase** 8:14
  25:6
**report** 8:25
  9:12  9:12
  9:14  14:6
  14:25
**REPORTER**
  6:7  6:11
  6:20  16:2
  18:18
  28:3
  28:13  28:20
  28:23
**reports** 9:6
  9:7  9:8
  13:25
**represent**
  6:12  7:2
  13:13
**requests**
  16:13
**response**
  16:13
**responsible**
  9:3  9:11
**restroom** 7:20
**review** 16:5
**reviewed** 16:9
  16:12
**Richardson**
  18:23
**Robin** 6:2  6:9
  6:23
**rules** 7:12
  7:18  8:16
**Ryan** 6:13
  15:19  18:7

────── S ──────

**saw** 19:21
  20:3  22:1
  26:23  27:17
**scene** 12:25
**school** 28:11
**Search** 23:5
**searching**
  23:22
**second** 23:24
**section**
  8:22  8:24
  10:2
**sections** 24:6
**seemed** 20:8
**seen** 14:1
  16:15
  18:5
  19:24
  20:7
  20:20  28:7
**self** 24:18
**send** 28:17
  28:19
**sent** 15:1
  18:9
**Sergeant**
  24:11
**server** 9:15
**servers**
  9:14  9:17
**sheriff**
  8:21
  13:23  16:10
**short** 18:15
**sign** 28:16
**SILA** 23:5
**single** 24:17
**sits** 10:1
**situation**
  22:12
**slow** 8:4
**someone** 9:4
  9:9  9:22
  21:6
  22:13  24:25
**someone's**
  14:16
**sorry** 12:18
  15:15  26:16
**sounds** 20:14
**speaking** 19:6
**specific**
  15:10
**spell** 20:10
**split** 11:16
  13:2
**spray** 10:15
**spreading**
  11:17
**spring** 17:2
**Stamboulieh**
  6:16  6:16
  6:22  7:1
  15:17  15:23
  16:4  18:7
  18:11  18:14
  18:19
  20:9
  20:17  20:22
  27:23
  28:1  28:3
  28:4  28:4
  28:9
  28:15  28:19
  28:22
**stars** 13:21
**state** 6:12
  15:13  27:2
**statewide**
  15:8  15:8
  15:9
**statute** 13:17
**statutes**
  12:13  12:15
**Stephen**
  6:16  7:1
**stick** 21:19
**stop** 8:13
**street** 27:9
  27:14
**streets** 21:24
  22:1
**style** 7:10
  7:10
**subject**
  11:2  11:6
**subpoena**
  16:10
**sure** 7:9

8:7 13:2
13:10 18:10
20:3
21:14 24:19
**surrounding**
10:3
**switchblade**
16:18 16:20
16:23 17:1
**switchblades**
13:22
**sworn** 6:9
10:8
**system** 8:25
15:9
**systems** 14:4

---
T
---
**table** 7:25
**taking** 9:12
**talk** 8:2
22:12
**talking** 21:14
23:15 24:16
**Taser** 10:19
10:20 10:21
**term** 16:18
17:23 20:23
21:6
**terms** 21:14
**territory**
9:11
**testified**
6:10
**Teter** 6:17
6:19
**Thank** 27:25

**they're** 14:13
14:17
**thoughts** 19:2
**throwing**
13:21
**ti** 15:3
**till** 14:4
**tool** 24:20
**track** 14:25
15:2
**transcript**
28:14
**trial** 8:8
14:23
**trials** 10:6
**tricky** 12:20
**true** 25:3
**try** 18:1 28:8
**trying** 12:20
**twirling**
12:23
**type** 17:24
21:24
25:9 25:16
**typical** 22:12
**typically**
10:14 25:19

---
U
---
**uncomfortable**
27:11
**understand**
8:6 8:7
8:12 8:13
9:16 17:25

21:8 24:19
**understanding**
26:5 26:13
**understood**
8:10
13:19 15:3
**uniformed**
10:2
**units** 24:10
**unless** 27:6
**usage** 12:24
**Usually** 25:23

---
V
---
**various** 24:6
**verify** 13:1
**video** 18:8
18:15 18:20
18:22
19:3
19:15 19:21
**videos** 20:4
20:7 20:20
**view** 18:20
**violating**
27:12

---
W
---
**walk** 27:5
**walking**
27:9 27:14
**watch** 18:16
**watched** 19:3
**water** 7:20
**wave** 17:21
17:22

19:5 19:10
**weapon**
13:17 21:19
**we'd** 22:15
**weeds** 14:16
**week** 14:10
**we're** 7:13
7:21
18:18 22:15
23:15 28:2
**we've** 14:8
**whatever** 7:20
8:3 23:4
**whatnot** 10:7
**whenever** 7:22
**Whereupon**
16:3
18:17 28:24
**whom** 6:12
**who's** 20:4
**wise** 26:19
**witness** 18:12
**work** 21:24
**worked** 28:6
**working** 9:17
**written** 12:14
**wrong** 15:16

---
Y
---
**yours** 7:16
**yourself** 6:12
8:19
**you've** 8:9
11:25 12:1

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

12:20
16:8 18:19