CLARE E. CONNORS                  7936
Attorney General of Hawaii

CARON M. INAGAKI                  3835
RYAN M. AKAMINE                   4358
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
e-mail:  Caron.M.Inagaki@hawaii.gov
         Ryan.M.Akamine@hawaii.gov

Attorneys for Defendants
CLARE E. CONNORS and
AL CUMMINGS, in their official capacities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and<br>JAMES GRELL,<br><br>             Plaintiffs,<br><br>       v.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his Official Capacity as the State Sheriff Division Administrator,<br><br>             Defendants. | Civil No. CV19-00183-ACK-WRP<br><br>DEFENDANTS CLARE E. CONNORS AND AL CUMMINGS', IN THEIR OFFICIAL CAPACITIES, MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Judge: Honorable Alan C. Kay<br>Trial: June 16, 2020 at 9:00 AM |

774438_1

## DEFENDANTS CLARE E. CONNORS AND AL CUMMINGS', IN THEIR OFFICIAL CAPACITIES, MOTION FOR SUMMARY JUDGMENT

Defendants CLARE E. CONNORS, in her official capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his official capacity as the State Sheriff Division Administrator, by and through their attorneys Clare E. Connors, Attorney General, and Caron M. Inagaki and Ryan M. Akamine, Deputy Attorneys General, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, hereby move this Court for an order granting summary judgment in their favor as to all of Plaintiffs' claims asserted in the Complaint.

This motion is made pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure, and is based on the memorandum in support of motion, the records and files herein, and the arguments at the hearing of this motion.

Dated:  Honolulu, Hawaii, January 15, 2020.

    STATE OF HAWAII

    CLARE E. CONNORS
    Attorney General of Hawaii

    /s/ Ryan M. Akamine
    _____
    CARON M. INAGAKI
    RYAN M. AKAMINE
    Deputy Attorneys General

    Attorneys for Defendants
    CLARE E. CONNORS and AL
    CUMMINGS, in their official
    capacities