IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL, | Civil No. CV19-00183-ACK-WRP |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his Official Capacity as the State Sheriff Division Administrator, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, a copy of the foregoing document was filed and served electronically through CM/ECF on the following:

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123

Attorney for Plaintiff

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130

Attorney for Plaintiff

792170_1

Dated: Honolulu, Hawaii, January 15, 2020.

    STATE OF HAWAII

    CLARE E. CONNORS
    Attorney General of Hawaii

    /s/ Ryan M. Akamine
    ―――――――――――――――
    CARON M. INAGAKI
    RYAN M. AKAMINE
    Deputy Attorneys General

    Attorneys for Defendants
    CLARE E. CONNORS and
    AL CUMMINGS, in their official
    capacities