IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br><br>                    Plaintiffs,<br><br>       v.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his Official Capacity as the State Sheriff Division Administrator,<br><br>                    Defendants. | Civil No. CV19-00183-ACK-WRP<br><br>DECLARATION OF RYAN M. AKAMINE |

DECLARATION OF RYAN M. AKAMINE

RYAN M. AKAMINE, pursuant to 28 U.S.C. § 1746, declares that:

1.  I am an attorney licensed to practice law in the State of Hawaii.

2.  I am a Deputy Attorney General for the State of Hawaii and one of the attorneys representing Defendants CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his Official Capacity as the State Sheriff Division Administrator, in this action.

3.  I have personal knowledge of the facts set forth in this declaration, except where facts are alleged upon information and belief.

791079_1

4. Attached hereto as Exhibit A is a true and correct copy of Hawaii Revised Statutes § 134-53.

5. Attached hereto as Exhibit B is a true and correct copy of the Hawaii Supreme Court case of In Interest of Doe, 73 Haw. 89, 828 P.2d 272 (1992).

6. Attached hereto as Exhibit C is a true and correct copy of Hawaii Revised Statutes § 134-52.

7. Attached hereto as Exhibit D is a true and correct copy of the 1999 Hawaii Legislature's Senate Committee on Judiciary noted in its Standing Committee Report No. 1389, in 1999 Senate Journal, pages 1558 – 59.

8. Attached hereto as Exhibit E is a true and correct copy of the legislative history for Hawaii Revised Statutes § 134-53, and Bates Numbered SOH 00001 – SOH 00046.

9. Attached hereto as Exhibit F is a true and correct copy of a screenshot from *Knives Deal*, https://www.knivesdeal.com/the-balisong-knife-here-is-everything-you-need-to-know (last visited January 15, 2020).

10. Attached hereto as Exhibit G is a true and correct copy of a screenshot from *Blade Magazine*, https://blademag.com/knife-history/history-the-disputed-origins-of-the-butterfly-knife (last visited January 15, 2020).

11. Attached hereto as Exhibit H is a true and correct copy of a screenshot from *Wikipedia*, https://en.wikipedia.org/wiki/Butterfly_knife (last visited January 14, 2020).

12. Attached hereto as Exhibit I is a true and correct copy of a screenshot from *The Art of the Butterfly Knife*, http://www.butterflyknifebutterflyknife.com/Butterfly_Knife_Legal_Status.html (last visited January 15, 2020).

13. Upon information and belief, a number of YouTube videos show how a butterfly knife can be opened and ready for use very quickly, including the following: *Fast opening of BALISONG aka BUTTERFLY KNIFE*, YouTube (Dec 28, 2015), https://www.youtube.com/watch?v=Q-xd-kZHttU; *BUTTERFLY KNIFE WORLDS MOST RELIABLE AND FASTEST WAY TO OPEN A BALISONG*, YouTube (Sep 5, 2016), https://www.youtube.com/watch?v=2Wdp75DoaQM; *Very Fast Open balisong. Butterfly knife flipping tutorial*, YouTube (Jun 12, 2019), https://www.youtube.com/watch?v=-Imz9XMX56A; *Balisong Fast Opening For Fighting*, YouTube (Oct 30, 2017), https://www.youtube.com/watch?v=gKMyWxjXOAY; *Balisong Instructional - Fast Draw*, YouTube (Feb 11, 2008), https://www.youtube.com/watch?v=fNqXVlSQPfs; *Really Fast Butterfly Knife Opening!*, YouTube (Mar 3, 2017), https://www.youtube.com/watch?v=-6X1eV_4bQU.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2020.

/s/ Ryan M. Akamine
RYAN M. AKAMINE