West's Hawai'i Revised Statutes Annotated
  Division 1. Government
    Title 10. Public Safety and Internal Security
      Chapter 134. Firearms, Ammunition and Dangerous Weapons
        [Part III]. [Dangerous Weapons]

HRS § 134-53

[§ 134-53]. Butterfly knives; prohibitions; penalty

Currentness

(a) Whoever knowingly manufactures, sells, transfers, possesses, or transports in the State any butterfly knife, being a knife having a blade encased in a split handle that manually unfolds with hand or wrist action with the assistance of inertia, gravity or both, shall be guilty of a misdemeanor.

(b) Whoever knowingly possesses or intentionally uses or threatens to use a butterfly knife while engaged in the commission of a crime shall be guilty of a class C felony.

**Credits**
Laws 1999, ch. 285, § 1.

H R S § 134-53, HI ST § 134-53
Current through Act 286 of the 2019 Regular Session, pending text revision by the revisor of statutes. Some statute sections may be more current; see credits for details.

---

End of Document    © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**EXHIBIT A**