> West's Hawai'i Revised Statutes Annotated
>   Division 1. Government
>     Title 10. Public Safety and Internal Security
>       Chapter 134. Firearms, Ammunition and Dangerous Weapons
>         [Part III]. [Dangerous Weapons]

HRS § 134-52

§ 134-52. Switchblade knives; prohibitions; penalty

Currentness

(a) Whoever knowingly manufactures, sells, transfers, possesses, or transports in the State any switchblade knife, being any knife having a blade which opens automatically (1) by hand pressure applied to a button or other device in the handle of the knife, or (2) by operation of inertia, gravity, or both, shall be guilty of a misdemeanor.

(b) Whoever knowingly possesses or intentionally uses or threatens to use a switchblade knife while engaged in the commission of a crime shall be guilty of a class C felony.

**Credits**
Laws 1959, ch. 225, § 1; 1965 Supp., § 264-9; H.R.S. § 769-1; Laws 1972, ch. 9, § 1; Laws 1990, ch. 195, § 4.

H R S § 134-52, HI ST § 134-52
Current through Act 286 of the 2019 Regular Session, pending text revision by the revisor of statutes. Some statute sections may be more current; see credits for details.

End of Document                                              © 2019 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2019 Thomson Reuters. No claim to original U.S. Government Works.                                              1


EXHIBIT C