

Order online call us: 1-954-400-4440   Ezcart - Contacts - Wholesale   My Account   FAQ   Low Price Guarantee / 12 years of Excellence

FREE SHIPPING ON ORDER OVER $99

Search   SEARCH

Shopping Cart  0   My Wish Lists   Log in to my account or Create Account

NEW ARRIVALS! | KNIVES ▼ | GIFTS-NOVELTIES ▼ | NINJA-MARTIAL ARTS ▼ | OUTDOOR GEAR ▼ | SELF DEFENSE ▼ | SWORDS ▼ | AIRSOFT GUNS ▼

# The Balisong Knife: Here is Everything You Need to Know

Posted by Knives Deal on 1/28/2019 to Cool Weapons



🏠 Blog Home

### CATEGORIES

News
Self Defense
Cosplay Weapons
Cool Weapons

### RECENT POSTS

How to Make an Assassin's Creed Hidden Blade Knife?

10 Best EDC Knives of 2020 - Buying Guide

Blanks Guns - An Astonishing Weapon to Own for Recreational Activities

Which is the Best EDC Lightweight Pocket Knife?

How to Use A Brass Knuckle? Look At These 11 Cool Uses!

10 Smart & Effective Self Defense Weapons for Women Under $10

Airsoft Guns Vs Airgun- What Is the Difference Between Them?

King Arthur Sword – History, Features, And Popularity

Brass Knuckles History and its use as Self Defense Weapon!

Brass Knuckle – Don't Miss Out On This Perfect Self defense Weapon

The balisong knife, sometimes called a butterfly knife, makes an excellent pocket knife. This is a unique knife that comprises two handles which can rotate in such a way which enables them to hide the blade of the knife; thus, making it the perfect concealed carry knife.

Since balisong is a common name, butterfly knife is getting more popular as the name of this knife.



### ARCHIVES

January 2020
December 2019
November 2019
October 2019
September 2019
August 2019
July 2019
June 2019
May 2019
April 2019
March 2019
February 2019
January 2019

Traditionally, this amazing knife hails from the Philippines; it also holds a crucial position in some martial arts methods.                    EXHIBIT  F

This spectacular blade is well known for catching the attention of everyone due to its unique built and

design. Not to mention the fact that the Elder of this knife 37-7 confided 04/15/20 a Page dri2k of 5 December 2018
November 2018
Since this is one of the ancient knives, there is a lot to debate regarding its history.
October 2018
If you are unaware of this knife, you will get to know everything about this knife that is essential to September 2018
your knowledge. Also, we shall disclose some key butterfly knife tips. So, here is everything you August 2018
need to know about the balisong knife: May 2018
February 2018
January 2018

## The Fascinating History Behind the Balisong Knife

The Balisong knife is without a doubt one of the most popular knives today. With that being said, much of this is contributed to its amazing and unique design. Not to mention the fact that one can do some amazing tricks with this knife and draw loads of attention and admiration from family and friends.

Many historical analysts agree to the aspect of the origin of the knife which is believed to be the Philippines. Nonetheless, the origin of this amazing knife is still up for debate even today. Nothing can be stated for sure in this regard; however, the two countries to be focused at are France and the Philippines.

## The Filipino Origin of Balisong Knife

Many people cite the Philippines as being the origin and birthplace of the worldwide famous balisong knife. Legend says that it dates back to the ancient 800 AD. However, much can be debated about this as well. It is stated that the purpose of the earliest butterfly knife was utility as well as self defense.

The style and features of this knife allowed a quick knife deployment; whereas, it could be used single-handedly and with efficacy as well. The rich tradition of the this knife can be witnessed in the Philippines even today; particularly, in the province of Batangas where they sell a huge variety at different prices.

Most importantly, the terminology of the "balisong" originates from the Filipino language itself; therefore, the majority of the historians and analysts hold the viewpoint that the it originated from the Philippines.

## The Balisong Knife and its French Origin

As mentioned earlier, there are two schools of thoughts associated with the origin of the Balisong knife; one of them favors France as being the birthplace of this knife. It is claimed by some people that it was invented in the French territory during the 15th and 18th century.

The reason for this claim stems from the tool named "Pied Du Roi", which is a French term and originally translates as "Foot of the King". The "Foot of the King", or "Pied Du Roi" resembled this knife in its style and form. Therefore, many consider that the first butterfly knife was invented in France instead of the Philippines.

It is also argued that it was adopted by the Spanish merchants and sailors who then introduced it to other countries whilst bringing it to the Philippines as well.

This version of the origin of the Balisong knife might sound true; however, nothing has been proven so far in this regard. More interestingly, it has also been argued that the origin of the this knife in Germany as well as the United Kingdom. In fact, it has been traced back to these countries in the years that preceded the 20th century.

However, nothing can be stated with full conviction while keeping in mind that the earliest form dates back to the 800 AD in the Philippines which leaves us with the question about the true origin, also known as the balisong knife. The lore of this knife being originally from the Philippines has been passed down from the older generations to the newer ones for a long time.

On the contrary, the French territory has even images along with documents with the measurements of a tool that resembles the form and style of today's balisong knife. The French pictures and documentation date indicate that it dates at least a hundred years back leading to France.

The documentation of the French version of the balisong knife, however, indicates that the tool was more likely a measurement tool instead of a hidden knife. In this regard, it is somewhat hard to tell whether that version of the "supposed" balisong knife could have been used for personal defense, and other normal tasks, such as flipping.



Therefore, the history of the origin of this knife is to a great extent still a mystery which needs to be solved.

## The Modern Balisong Knife

Regardless of its vague history, the balisong knife is in great demand today. Much of the credit goes to the amazing "flipping" tricks that one can maneuver while wielding this knife. The "flipping" trick includes acts, such as spinning and tossing it while performing a variety of cool tricks and wooing the mesmerized audience.

The best way to start flipping is to use a balisong knife trainer for this purpose. The trainer version of this knife is made of dulled blades; therefore, these cannot cause accidental injuries to the wielder as well as bystanders. Another benefit of training with the trainer butterfly knife is that it is relatively cheap as compared to the original knife.

Furthermore, if you are looking for such a knife which will last longer along with making sure that you don't get impacted by accidental injuries and cuts; it is recommended to get the trainer version of the balisong knife.

The modern balisong knife has plenty of uses unlike the ancient ones. Today, it is one of the knives with massive fanbase. It has been transformed into a multipurpose knife. Because its blade can be concealed inside the two handles, it has become the easiest to carry knife. So, people prefer carrying

It works brilliantly as the defense weapon. Since it is quick, the blade can be deployed at once. Hence, the user has every chance to survive against the attacker. The safety of carrying this knife is another factor that has made this knife popular. The blade is concealed and locked inside the two handles.

There is no chance that blade accidentally opens in your pocket. Therefore, you can comfortably carry the knife. The modern butterfly knife is lightweight and small, but is sturdy enough.

## The Structure of Balisong Knife

Typically, there are two structures which are common for the balisong knife; the sandwich build, and the channel build. The "channel" structure of the knife is considered to be the stronger version It is considered to be stronger due to the fact that the basic parts of the knife handle are manufactured while using one piece of the material.

The handle of the knife comprises a groove as a result of the carving which is also the point where the blade of the the knife is located in its folded position. On the other hand, the sandwich version is more typical for the beginner knife version as well as the balisong trainer knife.

This version is made up of different layers that have been unified one-by-one. The many pieces of the knife are held together via screws or pins. Most interestingly, it is manufactured from the recycled parts of the cars as well as the railroad. If you are a beginner, it is recommended to get the sandwich style.

## Final Thoughts!

If you are the kind of person who loves to impress his/her family and friends with some amazing tricks with the balisong knife, you can find a great knife for the best price. However, it is recommended to start your training on a balisong knife trainer before getting your hands on the real version.

The balisong knife can provide unlimited entertainment and fun for any user. While exploring the top knives from the history, it comes up as the foremost one. Even today, it is the most fabulous knife available in the market!

**Read More:** The Essential Guide to the Best Balisong Trainers

**TAGGED PRODUCTS**



Practice Butterfly Knife - Beautiful, Yet Bold

★★★★☆



Butterfly Trainer 4 Inch Rainbow Tanto Blade Balisong Knife



Titanium Unchained Balisong Butterfly Knife



★★★★★



Butterfly Trainer 4 Inch Blue Hawkbill Blade Balisong Knife

## Add Comment

**Name**

**Email**

**Body**

SUBMIT

