# The Art of the Butterfly Knife

The Butterfly Knife | Word Origin | Construction | Parts | American Balisongs | Legal Possession

Check out the Butterfly Knife Selection at Discount Knives and Swords



Butterfly Knife in Black | Butterfly in Gold | Revolt Spear Point | Green All-Steel | Butterfly Bottle Opener

DISCOUNT KNIVES AND SWORDS

Butterfly Knives

Folding Pocket Knives

Open with one hand

On Sale Now!

## Legal Possession

The Balisong knife is considered a potential weapon because of its threatening nature and quick deployment and therefore has been made illegal in several countries. Balisong knife trainers feature a special unsharpened, blunt blade and are legal in areas where balisongs are sometimes outlawed.

AUSTRALIA- Classified as a prohibited weapon, it requires a special legitimate excuse to possess it. Australian legal definition: A flick knife (or other similar device) that has a blade which opens automatically by centrifugal force or gravity or by pressure applied to a spring, button or device in or attached to the handle of the Butterfly knife Butterfly knife.

CANADA- The balisong knife, although not specified by name, is a prohibited weapon in Canada. It is often considered by courts to reside under the "gravity knife" classification and therefore is illegal unless grandfathered in before prohibition.

UNITED KINGDOM- Legally classified as an offensive weapon since January 1989, the Butterfly knife Butterfly knife are legal to possess. However, carrying on in public is an offense in the UK under the Prevention of Crime Act of 1953. Importing, Sale of, lending, giving or hiring is prohibited by the Criminal Justice Act of 1988 as amended by the Offensive Weapons Act of 1996. Any Butterfly knife imported are liable to be seized and prosecution may follow with the exception of knives of this type that are over 100 years old that are classified as antiques.

SWITZERLAND-The Balisong is illegal to carry, lend, give, trade or buy.

PHILIPPINES- Because of their prevalent use in altercations and crimes, it is illegal to carry a Butterfly knife Butterfly knife without identification or a proper permit in the capital streets of Manila. In urban areas, one now needs to be able to demonstrate the need to carry these knives for a professional livelihood or such purposes as a vendor of knives, grass cutting, preparing fruits and meats or a martial arts instructor.
As a rule of thumb in the Philippines, if the blade of a pocket knife does not exceed the length of the palm of one's hand and must not be able to be opened by one hand it can then be considered a utility knife and not a weapon. Swiss Army knives are legal in the Philippines.

GERMANY- In July 2003, the Waffengesetz (Weapons Law) was tightened in the aftermath of the Erfurt massacre and the Balison was made illegal. If you buy, possess, lend, use, carry, craft, alter or trade the Balisong knife you are in violation of the law. This violation is punishable by up to 5 years in prison, confiscation of the knife and a fine of up to €10,000. Use of a Butterfly knife Butterfly knife for a crime of any kind in Germany (or any illegal weapon) is punishable by 1-10 years in prison.

LITHUANIA- Butterfly knife Butterfly knife, along with other knives are legal to carry and possess because they are not considered weapons. Switchblades, however, are considered a weapon and therefore are illegal.

UNITED STATES- It is illegal to carry and/or possess the Balisong knife in public in some states in the U.S. Balisongs are categorized as "gravity knife", "dagger" or "switchblade" in some jurisdictions:

CALIFORNIA- The knife is illegal to carry if the blade exceeds 2 inches in length and as with other automatic knives are legal to own if kept in your home.

HAWAII- Butterfly knife Butterfly knife or any type if Balisong knife are illegal to possess, sell, transfer, transport or manufacture.

KANSAS- "Gravity knives" have legal restrictions on them in the state of Kansas.

NEW YORK- The Balisong is not classified as a "gravity knife" in the state of New York.

OREGON- Balisongs are illegal to carry concealed in the state of Oregon.

TEXAS- Under Chapter 46 of the Texas penal code, Balisong knives are considered "switchblades" and are illegal in the state. It is illegal to knowingly and intentionally possess, transport, sell, manufacture or repair switchblades in Texas.

UTAH- Butterfly knife Butterfly knife are legal in the state of Utah as long as they are not concealed.

VIRGINIA- According to state law, the Balison is legal for open carrying and concealment, although some localities may have additional knife laws and restrictions.

WISCONSIN- The state has made it legal to conceal the Balisong, however, it may not be open outside of your own property.

Check out the Butterfly Knife Selection at Discount Knives and Swords



AO Butterfly Clone | Yellow Pearl | Pearl Handle | AO Dragon Butterfly Clone | Practice Butterfly

EXHIBIT 1

To purchase A Butterfly Knife, please visit Discount Knives and Swords