KEVIN O'GRADY (HI Bar No. 8817)
The Law Office of Kevin O'Grady, LLC
1136 Union Mall
Suite 808
Honolulu, Hawaii 96813
WWW.KevinOGradyLaw.COM
Telephone 808-521-3367
Facsimile 808-521-3369
Email-
Paralegal1@KevinOGradyLaw.Com
Attorney for Amicus Curiae
Hawaii firearms Coalition

# UNITED STATE COURT OF THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES GRELL and ANDREW TETER, | Civil Action No. 1-19-cv-183-ACK-WRP |
| Plaintiffs, | |
| vs. | Motion For Leave to File Amicus Curiae Brief, Memorandum in Support, Declaration of Kevin O'Grady Exhibit "A", Proposed Amicus Brief Exhibit "B", Certificate of Service |
| CLARE E. CONNORS, *et al.*, | |
| Defendants. | |

## Motion for Leave to File Amicus Curiae Brief

The Hawaii Firearms Coalition respectfully requests leave to file an amicus *curiae* brief in support of the Plaintiffs in this case. Plaintiffs and Defendants have consented to the filing of this brief. Additionally, as set out in Hawaii Firearms Coalition's Memorandum in Support, this Court has broad discretion to grant Hawaii Firearms Coalition amicus status. This motion is based on the Memorandum in Support of this Motion, Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7, Proposed Brief of the Amicus Curiae Hawaii Firearms Coalition as Exhibit "B", Declaration of Kevin O'Grady as Exhibit

"A", the record and files in this case.

Respectfully submitted this the 15th of January, 2020

/s/ Kevin O'Grady
Kevin O'Grady (HI Bar No. 8817)

**Attorney for Amicus Curiae**
**Hawaii Firearms Coalition**