EXHIBIT A

KEVIN O'GRADY (HI Bar No. 8817)
The Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
Telephone 808-521-3367
Facsimile 808-521-3369
WWW.KevinOGradyLaw.COM
Email: Paralegal1@KevinOGradyLaw.COM

Attorney for Amicus Curiae Hawaii Firearms Coalition

## UNITED STATE COURT OF THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES GRELL and ANDREW TETER, ) | Civil Action No. 1-19-cv-183-ACK-WRP |
| Plaintiffs, ) | Declaration of Kevin O'Grady, |
| vs. ) | Exhibit "A" |
| CLARE E. CONNORS, *et al.* ) | |
| Defendants. ) | |

---

### Declaration of Kevin O'Grady

I, Kevin O'Grady, do declare as follows:

1. I am the attorney for the amicus curiae, Hawaii Firearms Coalition, in the above entitled matter;

2. I am license to practice law in all court of the state of Hawaii;

3. This declaration is based upon my personal knowledge of the matters stated herein and if called to testify, I would and could testify competently thereto;

4. I emailed both counsel for Plaintiffs and Defendant to see if both parties would consent to the amicus brief and both parties provided me their consent;

5.  Attached hereto as Exhibit "B" is the Hawaii Firearm Coalition's proposed amicus brief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of January, 2020,

 

 

 

KEVIN O'GRADY Esq.
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
(808)521-3367