PAMELA W. BUNN        6460
WENDY F. HANAKAHI     7963

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
E-mail:  pam.bunn@dentons.com
         wendy.hanakahi@dentons.com

Attorneys for *Amicus Curiae*
EVERYTOWN FOR GUN SAFETY
SUPPORT FUND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| ANDREW TETER and JAMES GRELL, <br><br>               Plaintiffs, <br><br>    v. <br><br>CLARE E. CONNORS, in her official capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his official capacity as the State Sheriff Division Administrator, <br><br>               Defendants. | Civil No. CV19-00183-ACK-WRP <br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR *AMICUS CURIAE* EVERYTOWN FOR GUN SAFETY SUPPORT FUND** <br><br>Judge: Honorable Alan C. Kay <br>Trial: June 16, 2020, at 9:00 a.m. |
|---|---|

## NOTICE OF APPEARANCE OF COUNSEL FOR *AMICUS CURIAE* EVERYTOWN FOR GUN SAFETY SUPPORT FUND

PAMELA W. BUNN, with the law firm of DENTONS US LLP, hereby gives notice of her appearance as counsel for *Amicus Curiae* EVERYTOWN FOR GUN SAFETY SUPPORT FUND.

DATED: Honolulu, Hawaiʻi, January 22, 2020.

/s/ Pamela W. Bunn
PAMELA W. BUNN
WENDY F. HANAKAHI

Attorneys for Amicus Curiae
EVERYTOWN FOR GUN SAFETY
SUPPORT FUND