| | |
|---|---|
| PAMELA W. BUNN | 6460 |
| WENDY F. HANAKAHI | 7963 |

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
E-mail:  pam.bunn@dentons.com
           wendy.hanakahi@dentons.com

Attorneys for *Amicus Curiae*
EVERYTOWN FOR GUN SAFETY
SUPPORT FUND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br><br>              Plaintiffs,<br><br>       v.<br><br>CLARE E. CONNORS, in her official capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his official capacity as the State Sheriff Division Administrator,<br><br>              Defendants. | Civil No. CV19-00183-ACK-WRP<br><br>***AMICUS CURIAE* EVERYTOWN FOR GUN SAFETY SUPPORT FUND'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge: Honorable Alan C. Kay<br>Trial: June 16, 2020, at 9:00 a.m. |

### *AMICUS CURIAE* EVERYTOWN FOR GUN SAFETY SUPPORT FUND'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, *Amicus Curiae* Everytown for Gun Safety Support Fund ("Everytown"), hereby submits its corporate disclosure statement.  Everytown has no parent corporations, and no publicly held corporation owns 10% or more of its stock.

DATED:  Honolulu, Hawai'i, January 22, 2020.

/s/ Wendy F. Hanakahi
PAMELA W. BUNN
WENDY F. HANAKAHI

Attorneys for Amicus Curiae
EVERYTOWN FOR GUN SAFETY
SUPPORT FUND