KEVIN O'GRADY (HI Bar No. 8817)
The Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
Telephone 808-521-3367
Facsimile 808-521-3369
WWW.KevinOGradyLaw.COM
Email: Paralegal1@KevinOGradyLaw.COM

Attorney for Amicus Curiae Hawaii Firearms Coalition

# UNITED STATE COURT OF THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES GRELL and ANDREW TETER,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CLARE E. CONNORS, *et al.*<br>　　　　　Defendants. | Civil Action No. 1-19-cv-183-ACK-WRP<br><br>Certificate of service |

## Certificate of service

I, Kevin O'Grady, do declare that all parties shall be served the Hawaii Firearms Coalition's amicus brief, with attached exhibits, via electronic service on this 22nd day of January 2020.

Dated this 22nd day of January, 2020,

　　　　　　　　　　/S/ KEVIN O'GRADY
　　　　　　　　　KEVIN O'GRADY Esq.
　　　　　　　　1136 Union Mall, Suite 808
　　　　　　　　　Honolulu, Hawaii 96813
　　　　　　　　　　(808)521-3367