# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | Civ. No. 19-00183-ACK-WRP |
| CASE NAME: | <u>Teter et al. v. Connors et al.</u> |
| ATTYS FOR PLA: | Alan A. Beck (Law Office of Alan Beck) and Stephen D. Stamboulieh (Stamboulieh Law, PLLC) for Plaintiffs Andrew Teter and James Grell |
| ATTYS FOR DEFT: | Clare E. Connors (Attorney General of Hawaii); and Caron M. Inagaki and Ryan M. Akamine (Deputy Attorneys General) for Defendants Clare E. Connors and Al Cummings, in their official capacities |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | |
| DATE: | January 23, 2020 | TIME: | |

**COURT ACTION:**

The Court is in receipt of the Motion for Leave to File Brief of Everytown for Gun Safety Support Fund as Amicus Curiae, ECF No. 44.  The Motion represents that all parties have consented to the filing of the aforementioned Amicus Brief, and the Court GRANTS leave to file the brief submitted as Exhibit A to the Motion.

IT IS SO ORDERED.  (JUDGE ALAN C. KAY)

1