# Ⓢ Stamboulieh Law, PLLC

P.O. Box 4008, Madison, MS  39130 | (601) 852-3440 | stephen@sdslaw.us

February 3, 2020

Hon. Wes Reber Porter                                                          *Via Electronic Mail*
United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, HI  96850

RE:  *Teter, et al. v. Connors, et al.;* CV 19-00183 ACK-WRP

Dear Judge Porter:

     I am one of the attorneys representing Plaintiffs in the above-styled matter.  Pursuant to the Court's Scheduling Order in this matter, there is currently a settlement conference scheduled for February 26, 2020 at 10AM.

     Given that the Plaintiffs challenge the constitutionality of a state statute, we inquired with counsel for the Defendants to see if there was a likelihood of being able to settle this matter at the settlement conference via consent decree or otherwise.  We were informed that because it is a challenge to a state statute, settlement does not appear likely.  Therefore, the parties jointly respectfully request that the settlement conference is vacated, and the parties be excused from the settlement conference.

     Should the Court need any additional information, we are happy to provide it.

                                             Yours very truly,

                                             STEPHEN D. STAMBOULIEH

cc:    All counsel of record via
          electronic mail