Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

Attorneys for Plaintiffs
ANDREW TETER & JAMES GRELL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and AL CUMMINGS in his Official Capacity as the State Sheriff Division Administrator<br><br>　　　　Defendants.<br>_____ | Civil No. 1:19-cv-00183 ACK-WRP<br><br>PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN OPPOSITION; CERTIFICATE OF SERVICE<br><br>　TRIAL: June 16, 2020 - 9 AM<br>　JUDGE: Hon. Alan C. Kay<br>　HEARING: April 28, 2020 -11 AM |

## **Plaintiffs' Response to Defendants' Motion for Summary Judgment**

Plaintiffs Andrew Teter and James Grell, by and through counsel, file this, their Response to Defendants' Motion for Summary Judgment.

Plaintiffs base this Response upon the attached Memorandum in Opposition, the Response to Defendants' Separate Concise Statement of Facts (and incorporate by reference Plaintiffs' previously filed Statement of Facts) filed contemporaneously herewith, the record, and oral argument which will be presented by counsel at the hearing.

Dated: March 30, 2020.

*/s/ Alan Alexander Beck*
Alan Alexander Beck

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

Attorneys for Plaintiffs