Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL ) | Civil No. 1:19-cv-00183 ACK-WRP |
| ) | |
| ) | CERTIFICATE OF SERVICE |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CLARE E. CONNORS, in her ) Official Capacity as the Attorney ) General of the State of Hawaii and AL ) CUMMINGS in his Official Capacity ) as the State Sheriff Division ) Administrator ) ) Defendants. ) _____) | TRIAL: June 16, 2020 - 9 AM JUDGE: Hon. Alan C. Kay HEARING: April 28, 2020 -11 AM |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on all counsel of record.

Dated: March 30, 2020.

Respectfully submitted,

/s/ Alan Beck
Alan Alexander Beck

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs