| | |
|---|---|
| Alan Alexander Beck | CLARE E. CONNORS            7936 |
| Law Office of Alan Beck | Attorney General of Hawaii |
| 2692 Harcourt Drive | CARON M. INAGAKI            3835 |
| San Diego, CA 92123 | RYAN M. AKAMINE            4358 |
| (619) 905-9105 | Deputy Attorneys General |
| Hawaii Bar No. 9145 | Department of the Attorney |
| Alan.alexander.beck@gmail.com | General, State of Hawaii |
| | 425 Queen Street |
| Stephen D. Stamboulieh | Honolulu, Hawaii 96813 |
| Stamboulieh Law, PLLC | Telephone: (808) 586-1494 |
| P.O. Box 4008 | e-mail: |
| Madison, MS 39130 | Caron.M.Inagaki@hawaii.gov |
| (601) 852-3440 | Ryan.M.Akamine@hawaii.gov |
| stephen@sdslaw.us | |
| MS Bar No. 102784 | Attorneys for Defendants |
| *Admitted Pro Hac Vice | CLARE E. CONNORS and |
| Attorneys for Plaintiffs | AL CUMMINGS, in their official |
| ANDREW TETER & JAMES GRELL | capacities |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL | ) Civil No. 1:19-cv-00183 ACK-WRP |
| | ) |
| Plaintiffs, | ) JOINT MOTION TO SUSPEND |
| | ) PRETRIAL AND TRIAL DEADLINES; |
| v. | ) CERTIFICATE OF SERVICE |
| | ) |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and AL CUMMINGS in his Official Capacity as the State Sheriff Division Administrator | ) |
| | ) HEARING: April 28, 2020 11AM |
| | ) TRIAL: June 16, 2020 9AM |
| | ) JUDGE: Hon. Alan C. Kay |
| Defendants. | ) |

**JOINT MOTION TO SUSPEND PRETRIAL AND TRIAL DEADLINES**

Plaintiffs and Defendants respectfully file their Joint Motion to Suspend Pretrial and Trial Deadlines, and would show unto the Court the following:

1. This action was filed on April 10, 2019.

2. The Rule 16 Scheduling Order was entered on June 14, 2019 which set the date for a non-jury trial in this matter on June 16, 2020 at 9:00 AM.  [ECF# 24].

3. The final pretrial conference, initially set for May 6, 2020 at 10:00 AM was recently continued to May 12, 2020 at 10:00 AM.  [ECF #55].

4. Other pretrial filing deadlines, including witness lists, exhibit lists, and trial briefs are set to be filed and served in May 2020 and early June 2020.

5. This Court set for hearing Plaintiffs' and Defendants' cross motions for summary judgment on April 28, 2020 at 11:00 AM.

6. As of April 14, 2020, the parties will have fully briefed their respective motions for summary judgment.

7. The day after the hearing, the parties' separate final pretrial statement is due. [ECF # 24, ¶ 4.].

8. During the next several weeks, the parties will expend significant time and resources in preparation of pretrial materials, including preparation of documents and witnesses for trial, and otherwise preparing for trial on Plaintiffs' claims which may be resolved on summary judgment.

9. Likewise, the Court will be burdened with the additional required filings which may or may not ultimately have been necessary given the procedural posture of this matter.

10. The Supreme Court has stated that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.,* 299 U.S. 248, 254, 57 S. Ct. 163, 166 (1936).

11. To allow the Court sufficient time to consider the cross motions for summary judgment and all the evidence and issues before it, and to prevent the parties' expenditure of significant time and resources preparing all claims and defenses for trial, and to prevent the additional burdening of the Court's resources, the parties request that the Court suspend the pretrial and trial deadlines in this case pending its ruling on the parties' cross motions for summary judgment.  Following this Court's ruling, the parties request that the Court enter a new scheduling order setting deadlines as appropriate if it is necessary to do so.

12. The parties do not request this continuance for purposes of delay, but so that justice may be done.

       Respectfully submitted, this the 13th day of April, 2020.

*/s/ Alan Beck*
Alan Alexander Beck

*/s/ Stephen D. Stamboulieh*

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
*Admitted Pro Hac Vice*

*/s/ Ryan M. Akamine (with permission)*
CARON M. INAGAKI
RYAN M. AKAMINE
Deputy Attorneys General