IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br><br>Plaintiffs,<br><br>v.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his Official Capacity as the State Sheriff Division Administrator,<br><br>Defendants. | Civil No. CV19-00183-ACK-WRP<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, a copy of the foregoing document was filed and served electronically through CM/ECF on the following:

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123

Attorney for Plaintiff

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130

Attorney for Plaintiff

798737_1

Case 1:19-cv-00183-ACK-WRP   Document 57-1   Filed 04/14/20   Page 2 of 2   PageID.597

Dated: Honolulu, Hawaii, April 14, 2020.

        STATE OF HAWAII

        CLARE E. CONNORS
        Attorney General of Hawaii

        /s/ Ryan M. Akamine
        CARON M. INAGAKI
        RYAN M. AKAMINE
        Deputy Attorneys General

        Attorneys for Defendants
        CLARE E. CONNORS and
        AL CUMMINGS, in their official
        capacities