Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL | ) Civil No. 1:19-cv-00183 ACK-WRP ) ) CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and AL CUMMINGS in his Official Capacity as the State Sheriff Division Administrator | ) ) ) ) ) ) |
| | ) TRIAL: June 16, 2020 - 9 AM ) JUDGE: Hon. Alan C. Kay ) HEARING: April 28, 2020 -11 AM ) |
| Defendants. _____ | ) ) ) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on all counsel of record.

Dated: April 14, 2020.

Respectfully submitted,

*/s/ Stephen D. Stambouliehr*
Stephen D. Stambouliehr
Stambouliehr Law, PLLC
*\*Admitted Pro Hac Vice*

Attorney for Plaintiffs