# MINUTES

| | |
|---|---|
| CASE NUMBER: | 19-CV-00183-ACK-WRP |
| CASE NAME: | Teter et al v. Connors et al |
| ATTY FOR PLA: | Alan A. Beck<br>Stephen D. Stamboulieh |
| ATTY FOR DEFT: | Ryan M. Akamine |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Ann Matsumoto (Hearing held via telephone conference with court reporter present.) |
| DATE: | 04/28/2020 | TIME: | 11:00 am to 12:25 pm |

COURT ACTION: Motion Hearing held regarding Plaintiffs' Motion for Summary Judgment [33] and Defendants' Motion for Summary Judgment [36].

Amicus Attorney Wendy F. Hanakahi, Esq. representing Everytown for Gun Safety Support Fund present.
Amicus Attorney Kevin G. O'Grady, Esq. representing Hawaii Firearms Coalition present.

Arguments were heard.

Both the Plaintiffs' Motion for Summary Judgment [33] and Defendants' Motion for Summary Judgment [36] is taken under advisement.

Court to prepare a written order.

Submitted by: Ilene Lee, Courtroom Manager