AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER, ET AL., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | Case: CIVIL NO. 19-00183 ACK-WRP |
| vs. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| CLARE E. CONNORS, ET AL., | May 13, 2020 |
| Defendants. | At 3 o'clock and 00 min p.m.<br>LIAN ABERNATHY, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

     On May 13, 2020, the Court issued its Order, ECF 61: "ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND GRANTING THE STATE'S MOTION FOR SUMMARY JUDGMENT" (May 13, 2020 Order),

     IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of Defendants Clare E. Connors and Al Cummings pursuant to and in accordance with the May 13, 2020 Order.

| | |
|---|---|
| May 13, 2020 | LIAN ABERNATHY |
| Date | Clerk |
| | /s/ Lian Abernathy, by J.I. |
| | (By) Deputy Clerk |