# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: United States District Court District of Hawaii

U.S. District Court case number: 19-00183-ACK-WRP

Date case was first filed in U.S. District Court: 04/10/2019

Date of judgment or order you are appealing: 05/13/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Andrew Teter
James Grell

Is this a cross-appeal?  ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

Stamboulieh Law, PLLC

P.O. Box 4008

City: Madison    State: MS    Zip Code: 39130

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Stephen D. Stamboulieh    **Date** 5/13/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
- Andrew Teter
- James Grell

Name(s) of counsel (if any):
- Alan Alexander Beck
- Stephen D. Stamboulieh

Address: 2692 Harcourt Drive, San Diego, CA 92123; P.O. Box 4008, Madison, M

Telephone number(s): 619-905-9145; 601-260-3375

Email(s): alan.alexander.beck@gmail.com; stephen@sdslaw.us

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
- Clare E. Connors
- Al Cummings

Name(s) of counsel (if any):
- Caron M. Inagaki
- Ryan M. Akamine

Address: 425 Queen Street, Honolulu, HI 96813

Telephone number(s): 808-586-1494

Email(s): caron.m.inagaki@hawaii.gov; ryan.m.akamine@hawaii.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                     1                                     *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 6**  2  *New 12/01/2018*