## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**LIAN ABERNATHY**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 19, 2020

To All Counsel of Record as Appellees:

IN RE:   Andrew Teter, et al. v. Clare E. Connors, et al.

CIV NO.   19-00183 ACK-WRP

CA NO.   20-15948

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on May 13, 2020 .

All counsel (or Pro Se) please read and follow the enclosed instructions. Thank You.

Sincerely Yours,

LIAN ABERNATHY, CLERK

by: /S/ LIAN ABERNATHY by J.I., Deputy Clerk

Enclosures

cc:   Stephen D. Stamboulieh (attorney for appellant)
Instructions for Civil Appeals
Transcript Desig. & Ordering Form with instructions
Copy of the Docket Sheet

Clerk, 9th CCA via ECF