UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

APR 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW TETER; JAMES GRELL, | No.    20-15948 |
| Plaintiffs-Appellants, | D.C. No. 1:19-cv-00183-ACK-WRP District of Hawaii, Honolulu |
| v. | |
| CLARE E. CONNORS; AL CUMMINGS, | |
| Defendants-Appellees. | ORDER |

This appeal is removed from the July 9, 2021 Honolulu calendar and appellate proceedings will be **HELD IN ABEYANCE** pending the United States Supreme Court's resolution of *New York State Rifle & Pistol Ass'n v. Corlett (NYSRPA)*, No. 20-843.  This case is returned to the Clerk's office for assignment to another panel at the conclusion of the abeyance.  The Clerk shall administratively close this docket pending further order of the Court.  The parties shall notify this Court within 7 days after the Supreme Court's disposition of *NYSRPA*.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7