FILED

AUG 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW TETER; JAMES GRELL, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ANNE E. LOPEZ; MARK HANOHANO, <br><br> Defendants-Appellees. | No.   20-15948 <br><br> D.C. No. <br> 1:19-cv-00183-ACK-WRP <br> District of Hawaii, <br> Honolulu <br><br> ORDER |

Before: BEA, COLLINS, and LEE, Circuit Judges.

Defendants-Appellees Anne E. Lopez and Mark Hanohano's motion to extend the deadline to file a petition for rehearing or rehearing en banc, Dkt. No. 119, is **GRANTED**. The deadline to file a petition for rehearing or rehearing en banc is now September 20, 2023.

Plaintiffs-Appellants Andrew Teter and James Grell's motion to extend the deadline to file a motion for attorneys' fees, Dkt. No. 120, is **DENIED**. Under Circuit Rule 39-1.6, such a motion is not due until the later of October 4, 2023, or 14 days after this Court's disposition of a timely-filed petition. Plaintiffs' motion to transfer consideration of attorneys' fees to the district court is **DENIED** as premature.

**IT IS SO ORDERED**.