Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br><br>   Plaintiffs,<br><br>v.<br><br>ANNE LOPEZ, in her Official Capacity as the Attorney General of the State of Hawaii and MARK HANOHANO, in his Official Capacity as the State Sheriff Division Administrator<br><br>   Defendants. | Civil No. 1:19-cv-00183 SASP-WRP<br><br>STIPULATION OF DISMISSAL<br><br><br><br><br><br>HEARING: None<br>TRIAL: None<br>JUDGE: Hon. Shanlyn A.S. Park |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LR 41.1, the Plaintiffs and Defendants stipulate to the dismissal without prejudice of this action with each side to bear their own costs and attorneys' fees, and advise that no claims will remain following dismissal.  All parties who have appeared in this action have signed this Stipulation.

Dated: May 23, 2025.

                        Respectfully submitted,

/s/ Alan Beck
Alan Alexander Beck

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
\**Admitted Pro Hac Vice*
*Counsel for Plaintiffs*

/s/ *Ewan C. Rayner*
Ewan C. Rayner
Deputy Attorney General
*Counsel for Defendants*

APPROVED AS TO FORM

DATED: Honolulu, Hawaiʻi, June 3, 2025.



_____
Shanlyn A.S. Park
United States District Judge